

Original

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Cheryl D. Uzamere

                 Plaintiff,

**GARAUFIS, J**    REQUEST TO PROCEED *IN FORMA PAUPERIS*

       – against –

**BLOOM, M.J 08**    **891**

George W. Bush, Condoleeza Rice, Michael Mukasey, Michael Chertoff, Dr. Emilio T. Gonzalez, Julie Myers, The United States of America, United States Department of State, United States Department of Justice, United States Department of Homeland Security, United States Department of Citizenship and Immigration Services, a.k.a United States Immigration and Naturalization Service, United States Department of Immigration and Customs Enforcement, the United States Social Security Administration, Allen E. Kaye, Harvey Shapiro, Esq. and Jack Gladstein.

                 Defendants.



---

I, Cheryl D. Uzamere, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore.

I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress, and state the following:

1) I am not presently employed. My last date of employment was around March or April of 2004.

2) I receive between $25.00 -- $30.00 per week from my daughter for food. My daughter's name is Tara A. Uzamere. She lives with me.

3) I receive SS DI in the amount of $710.00. I receive SSI in the amount of $36.00 per month.

4) I do not receive money from any other source.

5) I have $1.00 on my Netspend debit card.

6) I do not own any property of value. I lived in New York City Housing, which is subsidized by the federal government.

7. I pay my rent to the New York City Housing Authority. I pay $209.00 monthly.

I understand that the Court shall dismiss this case if I give a false answer to any question in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: February 25, 2008

_____
Plaintiff's Signature)