Clerks's Office
United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE
ASSIGNMENT

Civil action __O8__ CV __891__ was assigned to Judge

__Garaufis__ and Magistrate Judge __Bloom__

as related to __07cv2471__ on __2/22__ , 2008.
__07cv 1194__

A copy of the complaint is attached.

A copy of this Notice will be docketed.

cc: Chambers of Assigned Judge and Magistrate Judge
Case File