March 13, 2008

The Honorable Nicholas G. Garaufis
Unites States District Judge
Eastern District of New York
United States Courthouse
Room 659
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **Civil Action No.: 08 CV 891**

Dear Judge Garaufis:

Please forgive me if my complaint is inartfully drawn.

Your honor, I believe that the interpretation and application of human written law codes is as scientific in approaching it as the laws of physics. While human law may be in a state of flux, until they change, its application remains constant.

I only studied a little law in college, so my approach to law is nowhere near as sophisticated as your own. In fact, it is childish. I believe that the law works. I believe that the effect of the enforcement of law is as definite and unchangeable as the effect of gravity.

Your honor, my daughter and I are the victims of a 28-year identity fraud scammer who summoned the power of every level of the U.S. government, his own country's government, corporate America, close family members and friends from his country to help him hide his crimes and discourage me from seeking justice.

All I need from you, sir, is for you to see the spirit of the law above the letter of the law. Man's attempt to corral justice is a never-ending, occasionally unsuccessful one, but where the United States is concerned, it may be compared to the best legal hope of mankind.

Please don't consider the words of this letter if you find them to be too emotional or too outlandish to take seriously. All I beg from you is that you examine every piece of irrefutable evidence I submitted with my complaint in the light of a litigant who believes that she has been victimized and ignored by the U.S. government and its subdivisions for more than ¼ of a century. Also, please remember that no form of identity fraud on the municipal, state or federal level should ever be ignored by law enforcement personnel. Your honor, you are a law enforcer.

I trust you Judge Garaufis. I have no other choice. For now, you are now my best and only hope for justice.

Can you please help me?

Respectfully,

*Cheryl D. Uzamere*
Cheryl D. Uzamere

/cdu