# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Cheryl D. Uzamere,

<div style="text-align:center">Plaintiff,</div>

- against-

Condoleeza Rice, Michael Chertoff, Julie Myers, Ehigie Edobor Uzamere a.k.a "Godwin" Uzamere, Iriagbonse Irowa-Uzamere, George Uzamere, Ethel Uzamere, Albert Uzamere, Joann Egheosa Uzamere, Eugene Uzamere, Esq., Clarke Bruno, Esq. Allen E. Kaye, Esq., Daniel Sullivan, Esq., Harvey Shapiro, Esq., Jack Gladstein, Esq., United States of America, United States Department of State, United States Department of Homeland Security, United States Department of Citizenship and Immigration Services, a.k.a United States Immigration and Naturalization Service, United States Department of Immigration and Customs Enforcement, New York State, New York State Grievance Committee for the 2nd and 11th Departments, City of New York, New York City Police Department, New York City Human Resources Administration/Department of Social Services, Lycos Corporation, Google Corporation and YouTube Corporation.

**Civil Action No.: 08 CV 891**

**2ND AMENDED COMPLAINT**

**JURY TRIAL DEMANDED**



RECEIVED
MAR 1 4 2008
PRO SE OFFICE

<div style="text-align:center">Defendants.</div>

Plaintiff Cheryl D. Uzamere, appearing on her own behalf, states and alleges the following:

## INTRODUCTION, JURISDICTION AND VENUE

### Introduction

1)      On or after February, 1980, Plaintiff filed a complaint with the federal agency formerly known as the United States Immigration and Naturalization Service (hereinafter "INS). Plaintiff filed the complaint in response to what she believed to be a green-card-scam marriage in which her husband, Ehigie Edobor a.k.a. "Godwin" Uzamere abandoned the Plaintiff who was pregnant with his daughter at the time that the husband and his immigration attorneys, Harvey

Dockets.Justia.com

Shapiro and Allen Kaye, tricked Plaintiff into signing sponsorship papers to enable the husband to obtain lawful permanent residence in the United States (see marriage license, birth certificate of child of the marriage, child's photo, husband's photos, herein **Exhibits A1-3, B, C and D1 and D2**).

2)    Plaintiff signed said sponsorship papers on or around Wednesday, November 28, 1979, one week after the marriage. At the date and time of the marriage, Plaintiff did not know that the husband was an alien who had not obtained lawful permanent residence in the United States. Plaintiff was unfamiliar with any and all aspects of immigration law during her brief courtship with the husband. Additionally, Plaintiff did not realize at the time of the marriage that the name "Godwin Uzamere" used on the marriage license, certificate and officiant statement was fictitious.

3)    That during Plaintiff's brief courtship, the husband met Plaintiff's family such that Plaintiff's family recognizes the husband by both names.

4)    That the husband, with the help of immigration attorneys Allen Kaye and Harvey Shapiro, enlisted the cooperation of the INS to change the husband's name from the fictitious name "Godwin Uzamere," to the real name "Ehigie Edobor Uzamere."

5)    That the illegal disparity created by the husband's use of the two names subsequently created an illegal loophole that allowed various governmental agencies' not to view "Godwin Uzamere" and "Ehigie Edobor Uzamere" as the same person (see Family Court documents, herein **Exhibit E1 and E2**).

6)    After Plaintiff signed the sponsorship papers for the husband, Plaintiff was never contacted by the INS to meet with any immigration official for an interview to determine whether the marriage was a convenience marriage, in violation of Title 8 of the United States Code.

7)      Up to and including the present time, no federal agency has reported or even acknowledged the illegal disparity that the husband and his attorneys caused by allowing two different names to exist on the aforementioned documents.   No federal agency has ever investigated its records for the existence of identification for "Godwin Uzamere." Furthermore, no federal agency has reported the existence of the illegal disparity caused by the creation of the husband two (2) different names, in violation of Title 18 U.S.C. §4, regarding the misprision of a felony.

8)      Up to and including the present time, no federal agency has reported the commissions of any of the husband's crimes to the Nigerian government, where the husband is a senator.

9)      Plaintiff contacted Defendant the United States Department of State (hereinafter "DOS") to obtain the telephone number of Nigeria's president and Nigerian law enforcement agencies to report the husband's crime of bigamy to the Nigerian government (**here in Exhibit F**).

10)      The Defendant DOS along with the aforementioned Defendants have refused to provide Plaintiff with contact information for the aforementioned entities, thus preventing the Plaintiff from identifying "Godwin Uzamere" and "Ehigie Edobor Uzamere" as the same person.

11)      The existence of 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, the fictitious social security that the husband used and was later located by the New York City Department of Social Services' Bureau of Child Support Enforcement, and 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, the number under which the husband owes a student loan is prima facie evidence that various governmental agencies failed to view "Godwin Uzamere" and "Ehigie Edobor Uzamere" as the same person.

12)      In or around August, 1980, officials from Defendant the INS visited Plaintiff's apartment at 500 Herzl Street for the purpose of verifying Plaintiff's allegations.

13)    In spite of prima facie evidence that the husband never lived with the Plaintiff, Defendant INS allowed the husband to retain his permanent residence and years later, naturalized the husband as a lawful U.S. citizen while the husband was married to two women at the same time.

14)    None of the Defendants ever filed a complaint with reference to the commission of any of the husband's crimes listed above; nor was the husband ever prosecuted by any federal agency because of husband's commissions of the aforesaid crimes.

15)    During Plaintiff's pregnancy and throughout the entire life of Plaintiff's minor child, no federal agency to which the Plaintiff petitioned, filed any formal complaint regarding the abandonment of the Plaintiff and the minor child by the husband; nor did any federal agency legally responsible for the enforcement of child support file any complaint regarding the abandonment of the Plaintiff and the minor child by the husband, in violation of Title 18 U.S.C. §4, misprision of felony, and/or any relevant federal statutes that existed at the time of the husband's commissions of the aforesaid crimes.

16)    That several months after Plaintiff was abandoned by the husband, Plaintiff visited the office of a "Mr. Sava" who worked for Defendant INS to file a complaint that the husband abandoned her after being sponsored for lawful permanent residence. Sometime later, Plaintiff received a letter from Mr. Sava stating that "Ehigie Edobor Uzamere entered the port of New York, New York, January 28, 1980 as a lawful permanent resident." However, Defendant INS never made any other attempt to report the husband's abandonment of her and the minor child or to assist in reporting what appeared to Plaintiff to be a prima facie case of marriage fraud, in violation of Title 8 U.S.C. §1325(c), marriage fraud, and in violation of U.S. Code Title 18 U.S.C. §4, misprision of felony, and/or other relevant federal statutes that existed at the time of the husband's commission of the aforesaid crimes.

4

17)    In 1982, unbeknownst to the Plaintiff, the husband married a Nigerian woman named Iriagbonse Irowa (see **Exhibit D2** ).

18)    On or around October 1, 2003, the Plaintiff received a letter from the husband's attorney Jack Gladstein, in which Jack Gladstein asked for Plaintiff's cooperation to participate with the husband in an "amicable divorce"; the aforementioned letter is the husband's tacit admission that he was still married to Plaintiff and Iriagbonse simultaneously (herein "**Exhibit G**").

19)    After Plaintiff sent Jack Gladstein two letters demanding documentation verifying the identity of the husband, and a letter to the Grievance Committee regarding what Plaintiff considered to be an illegal/unethical act, the aforesaid attorney informed Plaintiff that he would no longer represent the husband (herein **Exhibit H1 through H4)**.   However, Mr. Gladstein never sent the Plaintiff any documentation verifying the identity of the husband.

20)    According to Kathie Baker of the United States Department of State, Plaintiff's husband is a naturalized U.S. citizen; said naturalization having been obtained while the husband was presently engaged in the crime of bigamy.

21)    Plaintiff contacted the Defendants by telephone, e-mail and fax concerning her knowledge of various violations committed by the husband that Title 8 of the United States Code describes as crimes of moral turpitude, and that husband's commission of said crimes took place before during and after the husband was naturalized by the Defendant the INS.

22)    On or around February 25, 2008, three (3) days after Plaintiff filed the first federal Complaint      with      this      Court,      Plaintiff      was      unable      to      access http://africandiasporal.tripod.com/thecriminalandimmoralactsofchiefehigieedoborakagodwinuzamere,      a website that Plaintiff created to garner support from the public regarding the crimes that the husband committed against the Plaintiff and the child of the marriage (herein **Exhibit I**). While attempting to access the aforesaid website, Plaintiff discovered that the aforesaid website,

including websites http://africandiasporal.tripod.com, a website detailing the Judaic religious source of anti-black racism in the United States (herein **Exhibit J1-J7**) and http://africandiasporal.tripod.com/uzamerewordprocessing, a website for Plaintiff's fledgling typing service were removed for "terms of service" violations. As of the date of filing the Amended Complaint, Defendant Jaewoong Lee, and Daniel Sullivan, Lycos' General Counsel continues to refuse to give Plaintiff any specific proof regarding Defendant's claims that Plaintiff violated a term or terms of service. Defendant Google/YouTube has done the same thing (herein **Exhibit K1 and K2**).

23) During the ensuing years in which Plaintiff applied for and received public assistance for herself and the child of the marriage, Plaintiff provided the New York City Human Resource Administration/Department of Social Services with pertinent information about the husband, including the name "Ehigie Edobor Uzamere" and his birthplace in Nigeria. At no time during the years in which Plaintiff had custody of the child of the marriage did the City of New York or any of its subdivisions contact any federal agency regarding the husband.

24) Since the first filing to this complaint, Plaintiff has experience an increase of harassment (or being ignored) by the Defendants, as well as Defendants' family, friends, professional associates and members of Defendant Ehigie Uzamere's political party in Nigeria. Defendant Jack Gladstein has refused to provide Plaintiff with proof of Defendant Ehigie Uzamere's identity or any other information since October 2003. Eric Prus, the judge presiding over Plaintiff's divorce action, refuses to place the action in abeyance until Defendant Ehigie Uzamere's identity is legally determined. Lastly, Plaintiff contacted all U.S. governors to discover if Defendant Ehigie Uzamere married or has aliases in other states (herein **Exhibit L**).

### JURISDICTION AND VENUE

25) This Court has jurisdiction over this matter based on 28 U.S.C. 1332(a) since the amount requested by plaintiff is in excess of $75,000.00.

6

26)     This Court also has jurisdiction over this matter pursuant to Title 28 U.S.C. 1331, which states that "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

## EQUITABLE TOLLING
## FUGITIVE FROM JUSTICE

27)     Ballentine's Law Dictionary describes the word "fugitive of justice" as: "A person who departs a jurisdiction (or conceals herself within the jurisdiction)." It is a well-settled federal statute that there is no statute of limitation for individuals who flee from justice. It is also established within federal laws that a fugitive's physical absence from the jurisdiction is not required to trigger tolling of statute regarding the commission of a crime. In the case of the husband, the tolling for federal judicial intervention regarding the husband's crimes of moral turpitude started on November 21, 1979, the day that the husband used the fictitious name "Godwin Uzamere" to marry the Plaintiff. Furthermore, tolling of the statute regarding the husband's crimes of moral turpitude continued when the husband used the fictitious social security number 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 to conceal himself with U.S. and New York State jurisdiction.

28)     Furthermore, Plaintiff alleges that the federal, state and municipal Defendants, whose responsibility it was to thoroughly investigate the complaints that she made regarding the crimes that the husband committed against her and the child of the marriage were routinely ignored. Plaintiff alleges that not only have attorney Defendants not performed those duties necessary to ensure that the identification provided by the husband was correct, but attorney Defendants and governmental Defendants let Plaintiff and the child of the marriage suffer economic deprivation from the husband and social isolation, defamation of character and other forms of social terrorism by members of the husband's ethnic group (see various insults from Nigerians Plaintiff's YouTube and Lycos websites.

7

29)    Plaintiff has been unable to secure her husband's immigration records due to the Federal Privacy Act; the effects of the Defendants' application of said act has been instrumental in facilitating the husband's felonies, but deleterious for the Plaintiff and the child of the marriage.

30)    Plaintiff alleges that in her case and in the case of the child of the marriage, the husband's successful creation of a fictitious identity and social security number facilitated his abandoning his legal responsibility to care for his child; and that such abandonment took place over a 21-year-period, so that any imposition of a statute of limitations would be unduly harsh, prejudicial in favor of the Defendants and not in the best interest of justice.

31)    Plaintiff alleges that contained in the husband's federal records are documents were signed by the Plaintiff, and that said documents have been intentionally withheld by the federal Defendants to hide the felonious relationship that the husband and his immigration attorneys have with various employees of the federal Defendants, and to hide prima facie evidence that the husband's immigration attorneys showed the husband how to defraud the Plaintiff in order to circumvent the "spirit of the law" while satisfying the "letter of the law," and that the husband's divorce attorney emulated the immigration attorney's course of conduct by preparing to present to the Court the husband's fictitious name, and refusing to provide to the Plaintiff evidence of the husband's real identity up to and including the date of the filing of this Complaint.

32)    Plaintiff further alleges that, based on the lack of response from all the Defendants, that Plaintiff's faxes regarding her complaints of the husband's crimes were intentionally misplaced or discarded by the federal, state and municipal Defendants, so that reliance on the Defendants to produce said records of complaints may be an exercise in futility for the Court. Plaintiff believes that telling the Defendants about the existence of her well-documented                      websites,                      namely,

http://africandiasporal.tripod.com/thecriminalandimmoralactsofchiefehigieedoborakagodwinuza mere, http://getjusticeforanamericanschvartze.tripod.com, http://www.youtube.com/cuzamere and http://www.myspace.com/cuzamere, and the Defendants refusal to report or act on the irrefutable evidence of the husband's crimes as contained in said websites is sufficient proof for this Court to establish the veracity of the Plaintiff's allegations (please note: as of the filing of the Amended Complaint, the websites have been removed by Lycos and YouTube).

33)    The action of each of the Defendants by failing to provide an accounting to the Plaintiff as to their failure to report Plaintiff's complaints regarding the husband, the commission of the husband's crimes and the newly committed federal violations by Defendants Jaewoong Lee of Lycos, Inc. and Dr. Schmidt of Google, Inc. constitute continuing torts that tolls the statute.

## COUNT I -- VIOLATION OF TITLE 18 U.S.C. §4
## MISPRISION OF FELONY

34)    Plaintiff alleges that the Defendants failed to act in a manner that guaranteed that Plaintiff's complaint regarding her husband's crimes was reported to the appropriate government agency or agencies that existed during that time that the Defendants received said complaints.

35)    Plaintiff alleges that the Defendants' failure to report the husband's crimes of moral turpitude to the appropriate governmental agencies has inflicted great mental and emotional distress on Plaintiff.

36)    Plaintiff alleges that the Defendants continued their acts of misprision of the husband's felonies by refusing to report the husband's violation of the New York State Penal Code, Section 175.35, offering a false instrument for filing in the first degree; said felony a form of fraud that is viewed by Title 8 of the United States Code as a crime of moral turpitude.

37)    Plaintiff alleges that the Defendant continued their acts of misprision of the husband's felonies by failing to report the husband's violation of the New York State Penal

9

Code, Section 260.05, non-support of a child in the second degree; said crime that, although a misdemeanor, is viewed by Title 8 of the United States Code as a crime of moral turpitude.

38)     Plaintiff reiterates and re-alleges the same allegation of Defendants' misprision of the husband's felonies regarding every crime so enumerated with the same force.

39)     Plaintiff alleges that up to and including the present, Defendants continue to conspire to pretend not to view the names "Godwin Uzamere" and "Ehigie Edobor Uzamere as both belonging to the husband.

40)     Plaintiff alleges that up to and including the present, the Defendants continue to conceal the husband's simultaneous marriages from other federal agencies, from the public, and have failed to work with the foreign government where the husband is employed as a senator so as to bring the husband to justice.

41)     Plaintiff further alleges that the Defendants have formed an illegal alliance with the husband's immigration attorneys Allen Kaye, Harvey Shapiro and Jack Gladstein by hiding the illegal disparity that was created by the husband's use of the names "Godwin Uzamere" and "Ehigie Edobor Uzamere; said disparity further exacerbated by the assistance of the husband's attorneys Allen Kaye and Harvey Shapiro; that the aforesaid attorneys continue to allow the disparity to exist by not reporting it in a manner that would precipitate an criminal investigation of the husband; and that the aforesaid attorneys continue to allow the disparity in the husband names to exist by withholding documentation from the Plaintiff so as to prevent the Plaintiff from verifying the husband's identity.

## COUNT II – VIOLATION OF TITLE 18 U.S.C. §1961 -- §1968
## RACKETEERING INFLUENCED AND CORRUPT ORGANIZATION ACT

42)     Plaintiff alleges that based on several occasions in which various African American women alleged to have been victims of green-card-marriage scams perpetrated by Nigerian men, that the federal Defendants, with the help Allen E. Kaye, Harvey Shapiro and Jack

Gladstein have established an illegal enterprise in which the aforesaid Defendants attorneys show Nigerian immigrants how to trick African American women into marriage, trick them into signing the sponsorship applications, and then direct them to divorce attorneys who circumvent the spirit of the Federal Patriot Act, which requires financial institution to demand governmental identification. Defendant attorneys, with the help of those federal Defendants concerned with immigration and naturalization matters then "fast-track" the applications so as to ensure that Nigerian immigrants' applications/requests for permanent residence are quickly granted without the applications being questioned or scrutinized.

43)     Plaintiff further alleges that Defendants' participation in the enterprise of falsifying the applications of Nigerians seeking permanent legal residence is in violation of federal laws identified as "RICO" laws and further violates Title 18 U.S.C. §4, regarding the misprision of felony.

## COUNT III – VIOLATION OF THE CIVIL RIGHTS ACT

44)     Plaintiff alleges that the Defendants frequently work in concert with attorneys of a specific ethnocentric group that have more political power than do the African American women who have been victimized by the clients of the aforesaid attorneys; that the fraudulent marriages that are the product of a conspiracy by the immigration lawyers of said ethnic group and their Nigerian clients intentionally target African American women because of the low social status that has been forcibly placed on African American women by members of the Defendant attorneys' ethnic group.

45)     Plaintiff further alleges that a disproportionate percentage of the attorneys with whom the Defendants engage in the enterprise of illegal immigration belong to an ethnic group that teaches that blacks are meant to be enslaved; and that said doctrine, while not the cause, is

46)    used by attorneys of said ethnic group to rationalize the abuse of African American women in much the same manner as it was used to rationalize the enslavement of African slaves, that is, for financial enrichment.

## COUNT IV – VIOLATION OF H.R. 3162, SEC. 326
## THE PATRIOT ACT -- VERIFICATION OF IDENTIFICATION

47)    Plaintiff states that although the aforesaid statute specifically applies to banks, the Court should not misconstrue the law to imply that federal agencies and attorneys, who are officers of the Court, can circumvent the "spirit of the Patriot Act" by allowing immigrant clients to present falsified names or other false information to them that may eventually be submitted to the Court as true.

48)    Plaintiff states that proof of the aforementioned statement is reflected in New York State Penal Code, Section 175.35, offering a false instrument for filing in the first degree; said felony a form of fraud that is viewed by Title 8 of the United States Code as a crime of moral turpitude; and as such, is consistent with the "spirit" of the Patriot Act.

49)    Plaintiff further states that in the best interest of justice, the Court must not misconstrue Plaintiff's unfamiliarity with the finer point of federal law in a way that would allow the Defendants' the opportunity to misapply the law, or for the Defendants to rely on the Court to misapply the law in such a manner that the "letter of the law" is obeyed, but the "spirit of the law" is not. Plaintiff states that the Court must obey the entire law whether Plaintiff knows it or not.

## COUNT V – VIOLATION OF THE FEDERAL REHABILITATION ACT OF 1973
## VIOLATION OF THE AMERICANS WITH DISABILITIES ACT

50)    The Federal Rehabilitation Act of 1979 holds that it is illegal for any agency that received federal funding to discriminate against an individual based solely on the individual's status as being mentally ill. Furthermore, the Americans with Disabilities Act prohibits governmental

12

51)    At points throughout the 28 years in which she petitioned the Defendants for assistance in reporting and prosecuting the husband, Plaintiff alleges that the Defendants intentionally ignored her because of Plaintiff's status as being mentally ill; and that said status was the rationalization Defendants used to regard Plaintiff's complaints as not credible, in spite of Plaintiff's providing Defendants with irrefutable proof of her allegations against the husband.

## COUNT VI – VIOLATION OF FIRST AMENDMENT
## FREEDOM OF SPEECH

52)    Plaintiff alleges that her right to use Defendant's Jaewoong Lee and Lycos' site to disseminate documents that irrefutably established Plaintiff's allegations of crimes perpetrated by the husband was intentionally violated. Further to this, Plaintiff alleges that irrefutable proof of her statements regarding Judaic religious dogma that advocates anti-black racism was removed as an excuse to extort the Plaintiff's silence, thereby allowing the aforesaid Defendants to intentionally violate Plaintiff's right to freedom of speech.

## COUNT VII – CONSPIRACY TO VIOLATE CONSTITUTIONAL RIGHTS
## DEPRIVATION OF FREEDOM OF SPEECH

53)    As of the date of the filing of the Amended Complaint, website http://africandiasporal.tripod.com/thecriminalandimmoralactsofchiefehigieedoborakagodwinuzamere was removed by Defendant Lycos, Inc. for as yet unspecified "terms of service" violations that did were not mentioned until approximately three day after Plaintiff filed the federal complaint.

54)    Plaintiff alleges that the data that was contained in Plaintiff's websites will be destroyed, constituting destruction of Plaintiff's intellectual property, or, not returned to Plaintiff in a timely manner in an attempt to extort Plaintiff's silence.

55)    Plaintiff alleges that Plaintiff's evidence, the aforesaid website's removal within three (3) days of the filing of the original federal complaint, along with Defendant's inability to

13

provide Plaintiff with a legal, or at very least, a plausible reason for Defendant's claim that Plaintiff violated a condition or conditions within the Defendant's terms of service is not a coincidence, but an act of conspiracy where Defendant Lycos, Inc. was impelled to remove Plaintiff's websites.

56) Plaintiff alleges that Defendant Lycos' intention to remove the website http://africandiasporal.tripod.com was meant to extort Plaintiff's silence, insofar as the aforementioned website makes references to various Jewish religious books that teach that dark-skinned/black people are cursed by God. Further to this, Plaintiff alleges that Defendants' belief that the discovery of this information on Plaintiff's website will infuriate Jewish judges within the federal court system is shared by the Plaintiff as well. Plaintiff alleges and agrees with Defendant's assessment that obtaining an impartial decision after a Jewish judge discovers the existence of the aforesaid website would be virtually impossible. Plaintiff is terrified and alleges that, like the Defendant(s), she believes that exposing the aforesaid website will prevent this Court from using the website regarding the husband's crimes as evidence and would also ensure that Jewish judges within this Court would not try Plaintiff's action in a just manner.

## COUNT VIII – OBSTRUCTION OF JUSTICE

57) Plaintiff alleges that Defendants have consistently withheld proof of Senator Ehigie Uzamere's identity and/or whereabouts from the Plaintiff. Furthermore, Plaintiff also alleges that on various attempts that she uploaded information regarding Defendant Ehigie Uzamere's various crimes onto the internet, along with irrefutable proof of same, Defendants Google/YouTube, Inc. and Lycos, Inc. have blacklisted Plaintiff from using their websites. Plaintiff further states that the State of New York, by its agency the New York State Grievance Committee for the 2nd and 11th District have refused to entertain Plaintiff complaint regarding Defendant Jack Gladstein's obvious attempt to trick Plaintiff into divorcing his client using the fictitious name said client used to marry the Plaintiff. Further to this, Defendant City of New York, from the time that Plaintiff applied for

public assistance and supplied Defendant the New York City Human Resources Administration with adequate information for the aforesaid Defendant to contact federal immigration authorities, neither Defendant City of New York nor Defendant New York City Human Resources Administration have never contacted federal immigration authorities to locate Defendant Ehigie Uzamere.

## COUNT IX – EXTORTION

58)     Plaintiff alleges that Defendant Ehigie E. Uzamere from the day that Plaintiff reported Defendant Ehigie Uzamere's crimes to various law enforcement agencies, Defendant Ehigie E. Uzamere withheld his whereabouts, proof of his identity and money from the Plaintiff, and caused members of his family and community to do the same to the Plaintiff and to Plaintiff's daughter. When Defendant Ehigie Uzamere believed that Plaintiff was desperate to divorce him, Defendant Ehigie Uzamere contacted Defendant Jack Gladstein to trick Plaintiff into divorcing him using Defendant's fictitious name. When Plaintiff should herself not to be compliant, both Defendant Ehigie Uzamere and Defendant Jack Gladstein ended all discussion with the Plaintiff.

## COUNT X – ENFORCEMENT OF TITLE 28 U.S.C. §1361
## ACTION TO COMPEL FEDERAL OFFICIALS TO PERFORM MANDATORY DUTY

59)     Because Plaintiff is somewhat familiar with the legal theory regarding governmental immunity from lawsuits, Plaintiff realizes that her demand for financial compensation will more than likely be rejected. However, Plaintiff's primary objective in filing her complaint is based on Title 28 U.S.C. 1361. For this reason, Plaintiff respectfully prays that this Court enforce the duty on all governmental agencies, governmental employees and legal officers of the court to comply with the spirit of the Patriot Act and the responsibility placed primarily on Defendant U.S. Department of Homeland Security to compel Defendant Ehigie Edobor E. Uzamere also known as "Godwin" Uzamere to produce identification so that the Plaintiff and the rest of the U.S. government can verify who he is and consolidate the fictitious alias "Godwin Uzamere" with the name real "Ehigie

15

Edobor Uzamere." The district federal courts legally have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the Plaintiff. Plaintiff and the child of the marriage are owed the right to know Defendant husband's identity. For 28 years, Plaintiff has never been able to verify the Defendant husband's identity, and in spite of numerous attempts to enlist the assistance of municipal, state and federal agencies, Plaintiff has never been successful. Plaintiff begs this Court that in the likely event that Plaintiff's action is dismissed based on the doctrine of immunity, that this action is treated by this Court as a writ of mandamus to compel the governmental employees to verify the identity of Defendant husband. Plaintiff apologizes to this Court for providing it with an inartfully drawn complaint.

## DEMAND FOR AN ACCOUNTING

60) Plaintiff, on her own behalf, re-alleges as if fully set forth, each and every allegation contained in the preceding paragraphs.

61) Plaintiff respectfully asks that the Court consider that Plaintiff is not an attorney; further to this, Plaintiff suffers depression and bipolar disorder for which Plaintiff respectfully requests that this Court provide Plaintiff with an attorney;

62) Plaintiff respectfully requests that this Court consider the effects that a lifetime of Defendants' abuse has had on Plaintiff's ability to accurately recant all the detail in the Complaint, and that the Court instead rely on documentation that the Court, in its discretion will allow the Plaintiff to subpoena.

63) Plaintiff demands judgment (a) to require Defendants to make a full disclosure of the identity and documentation of the husband to the Plaintiff; (b) to set aside the Federal Privacy Act insofar as Plaintiff's demand for said documentation is based on crimes already committed and presently in commission by the husband; (c) to consolidate all of Plaintiff's husband's documents help under the fictitious named "Godwin Uzamere" with all federal files and relevant

16

documentation held under the husband's named "Ehigie Edobor Uzamere"; (d) to perform a countrywide criminal investigation of the husband to ensure that he does not have fictitious identities within U.S. boundaries; (e) to require the husband to return to the United States to face trial; (f) to denaturalize the husband based on prima facie evidence presented by Plaintiff of the husband's crimes; (g) to provide Plaintiff with the name of Nigerian officials and/or agencies to allow Plaintiff to file a complaint in Nigeria; (h) to compel the Defendants to provide the Nigerian government with a copy of Plaintiff's complaint; (i) to compel the Defendants to immediately provide the Nigerian government with already-proven facts, including proof that Plaintiff's husband and Senator Ehigie Edobor Uzamere are one and the same person; (j) to launch an investigation on all Defendant attorneys to determine the following: (1) the accounting of number of Nigerian men who received green-card-marriage-sponsorship services and divorce services; (2) the number of Nigerian men who received green-card-marriage-sponsorship and divorce services from the same defendants; (3) the name of the judge(s) who oversaw the proceedings; (4) the nationalities of the women who married and then divorced their Nigerian husbands; (4) whether the divorces were contested or uncontested; (5) if the marriage resulted in children; (6) if there were children of the marriage, whether the children received child support from the Nigerian father; (k) and to financially compensate Plaintiff with 100,000,000.00 for 28 years of mental and emotional distress.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands a jury trial and judgment and damages against the Defendants, jointly, severally and/or in the alternative, as follows:

a) Access to all federal records of the husband;

b) $100,000,000.00 in punitive damages as a result of Defendants intentional infliction of emotional/mental distress upon the person of the Plaintiff.

c) For a full-fledged criminal investigation against the husband;

17

d) To be apprised of all stages of the criminal investigation as a victim of the husband's crimes and to be viewed by the Defendant's as a crime victim.

e) Other issues to be determined during the preliminary conference;

f) For the cost of this action.

**Dated:** March 14, 2008
Brooklyn, New York

By: Cheryl D. Uzamere
1209 Loring Avenue
Apt. 6B
Brooklyn, NY 11208
Tel.: (718) 647-8370
Cell: (347) 596-2165
Fax: (267) 543-3317
E-mail: cuzamere@netzero.net

**EXHIBIT A**

# THE CITY CLERK
## The City of New York — The State of New York:

**BRIDE AND GROOM PLEASE NOTE:**

1. This is a LICENSE TO MARRY — NOT a completed MARRIAGE.
2. This license may be used in New York State only.
3. Present this license to the person performing your ceremony.
4. If you are less than 18 years of age and wish to be married by the City Clerk both parents must personally be present with you to witness the ceremony.
5. If this license is not used please return it to the City Clerk.

**OFFICIANT PLEASE NOTE:**

1. Do not perform the ceremony 60 days after this date: _____
2. Do not perform the ceremony within 24 hours of time indicated above, nor before this date. NOVEMBER 21, 1979 el
3. Return this completed license within 5 days to the City Clerk's Office (Borough where issued).

Know all men by this certificate that any person authorized by law to perform marriage ceremonies whithin the State of New to whom this may come, he, not knowing any lawful impediment thereto, is hereby authorized and empowered to solemnize the rit matrimony between ___GODWIN E. UZAMERE___ of ___BROOKLYN___ in the county of ___KINGS___ and State of New York and ___CHERYL DENISE DUNCAN___ of ___BROOKLYN___ in the county of ___KINGS___ and State of New and to certify the same to be said parties or either of them under his hand and seal in his ministerial or official capacity and thereupon is required to return his certificate in the form hereto annexed. The Statements endorsed hereon or annexed hereto, by me subscr contain a FULL and TRUE ABSTRACT of all of the facts concerning such parties disclosed by their affidavits or verified statements pained to me upon the application for this license.

Such application was accompanied by papers complying with the applicable requirements of section thirteen-a of the Domestic lations Law, relative to examination and health of the parties, or such compliance was dispensed with, wholly or partly, by order judge or justice.

In Testimony Whereof I have hereunto set my hand and affixed the seal of The City of New York at the Municipal Building, Brooklyn, New York.

**OFFICIANT PLEASE NOTE:** Facsimile signature and seal are authorized by Section 11-A, Domestic Relations Law of New York

David N. Dinkins
City Clerk of the City of Ne

| | | | | | |
|---|---|---|---|---|---|
| Full Name: | GODWIN E. UZAMERE | | | | |
| Place of residence: | 249 HOPKINSON | | Borough or County: | KINGS | |
| City: | BKLYN | State: NY | | Usual Occupation: | STUDENT |
| Age: 24 Date of birth: JUNE 1, 1955 | | Place of birth: BENIN CITY BENDEL STATE NIGERIA | | | |
| Full name of father: | JOSEPH UZAMERE | | Country of birth of father: | NIGERIA | |
| Full maiden name of mother: | LUCY UZAMERE (SAME) | | Country of birth of mother: | NIGERIA | |

| | | | | | |
|---|---|---|---|---|---|
| Full Name: | CHERYL DENISE DUNCAN | | | | |
| Place of residence: | 330 DUMONT AVE | | Borough or County: | KINGS | |
| City: | BROOKLYN | State: NY | | Usual Occupation: | OPR. |
| Age: 20 Date of birth: MAY 31, 1959 | | Place of birth: MANHATTAN NY USA | | | |
| Fullname of father: | HARRY LEE DUNCAN | | Country of birth of father: | S.C. | |
| Full maiden name of mother: | BESSIE AUSTIN | | Country of birth of mother: | ALA. | |

| | |
|---|---|
| Have you been married before: Yes ____ No _X_ | Was your previous marriage(s) terminated by: (check X) |
| How many times were you previously married: | divorce— ____ annulment— ____ dissolution— ____ |
| Full maiden name of former wife or wives | (Date) (where) (against whom) |
| 1st ____ | 1st ____ |
| 2nd ____ | 2nd ____ |
| 3rd ____ | 3rd ____ |
| Are they living or dead: 1st ____ 2nd ____ 3rd ____ | |
| Have you been married before: Yes ____ No _X_ | Was your previous marriage(s) terminated by: (check X) |
| How many times were you previously married: | divorce— ____ annulment— ____ dissolution— ____ |
| Full name of former husband or husbands | (Date) (where) (against whom) |
| 1st ____ | 1st TO BE MARRIED IN THE CITY CLERKS OFFICE |
| 2nd ____ | 2nd YOU MUST BRING DOCUMENTARY PROOF OF |
| 3rd ____ | 3rd AGE AT THE TIME OF THE CEREMONY |
| Are they living or dead: 1st ____ 2nd ____ 3rd ____ | |

"... This license is issued solely upon the sworn statements of the applicants with no liability for the validity of the marriage assumed by the City of New York or the City Clerk".

Above named applicant declared that no legal impediment exists as to his right to enter into the marriage state.

Above named applicant declared that no legal impediment exists as to her right to enter into the marriage state.



## TO OFFICIANT PERFORMING MARRIAGE CEREMONY

► The written consent of Parents or Guardian is filed in the City Clerk's Office. (Section 15 Domestic Relations Law.)

► This official City Document containing the license and evidence of your solemnization of marriage must be returned the provided special envelope within FIVE DAYS after ceremony. Any willful neglect is a misdemeanor and punishable fine. (Section 14 Domestic Relations Law.) Accurate records of marriage are essential in our society.

► The exact hour and date of performance must be endorsed by persons performing ceremony. Any court Order dispens with the statutory 24 hour wait or the required 10 day wait after serological examination must be attached to this licen

---

**TO BE COMPLETED BY BOTH PARENTS OF PERSONS UNDER 18 YEARS OF AGE WHEN MARRIAGE IS TO BE SOLEMNIZED BY A CITY CLERK OR BY A VILLAGE OR TOWN JUSTICE**

(I) (We) the parent(s) of _____ request _____
to solemnize the marriage of (my) (our) son.                      (Person Performing Ceremony)

X _____ (L.S.)    X _____ (L.S.)
      (Signature of Father of Groom)             (Signature of Mother of Groom)

(I) (We) the parent(s) of _____ request _____
to solemnize the marriage of (my) (our) daughter.             (Person Performing Ceremony)

X _____ (L.S.)    X _____ (L.S.)
      (Signature of Father of Bride)             (Signature of Mother of Bride)

I certify that the parent(s) of the minor (bride) (groom)    X _____ (L.S.)
was (were) present at the solemnization.            (Signature of person performing ceremony)

---

**PRINT OR TYPE —** ALL INFORMATION CLEARLY IN EITHER BLUE OR BLACK INK. COMPLETE ALL ELEMENTS BELOW.

**CERTIFICATE OF OFFICIANT PERFORMING CEREMONY**

FULL NAME OF OFFICIANT: ANIELLO M. DeMAIO     TITLE OF OFFICIANT: **DEPUTY CITY CLERK**

ADDRESS: CERTIFIED PLACE     TOWN OR CITY: **CITY CLERK**
BROOKLYN, N. Y. 11231     **ROOM #205**

IN THE COUNTY OF ____ AND STATE OF NEW YORK, DO HEREBY CERTIFY THAT I DID ON THIS    **MUNICIPAL BUILDI**

DATE CEREMONY WAS PERFORMED | DAY | MONTH | YEAR | TIME | PLACE OF PERFORMANCE (ADDRESS):    **BROOKLYN, N. Y**

/     79 NOV 21 M P 2: 48     FULL NAME OF GROOM: Godwin Azamobe

COUNTY OF Brooklyn   NEW YORK, SOLEMNIZE THE RITES OF MATRIMONY BETWEEN

IN THE COUNTY OF Kings   AND STATE OF NEW YORK N.Y   AND

FULL NAME OF BRIDE: Cheryl Denise Duncan   OF Brooklyn   IN THE COUNTY OF Kings

AND STATE OF NEW YORK    IN THE PRESENCE OF THE FOLLOWING WITNESS(S)

WITNESS NAME - PRINT: Cheryl Duncan    ADDRESS: 330 Dumont Ave 11212

WITNESS NAME - PRINT: X MICHAEL BOKHA    ADDRESS: 116 Cambridge St. BLYN 11230

---

AS WITNESS AND THE LICENSE THEREFORE IS ON THE REVERSE SIDE OF THIS DOCUMENT.

WITNESS MY HAND AT _____ IN THE COUNTY OF ____ Brooklyn

THIS 21 DAY OF Nov 19 79

X _____ (L.S.)    X _____ (L.S.)
     (Signature of Witness)            (Signature of Person Performing Ceremony)

X _____ (L.S.)    **OFFICIANT NOTE** - MAKE SURE YOU HAVE COMPLETED
     (Signature of Witness)          ALL ELEMENTS ABOVE. PLEASE
                           RETURN TO CITY CLERK BOROUGH
                           OFFICE WITHIN 5 DAYS.

---

**FOR OFFICE USE ONLY**

"A" - CERTIFICATE WAS MAILED - DATE 12/27/1979   TYPIST NAME C.V.



(A3)

No. 595012

CERTIFIED

(A-M)

JAN -4 2003

STATE OF NEW YORK, CITY OF NEW YORK, ss.
I, VICTOR L. ROBLES, City Clerk and Clerk of the Council of the City of New York, do hereby certify that I have compared the annexed with the original filed in my office and that the same is a correct transcript therefrom.

IN WITNESS WHEREOF, I have hereunto set
my hand and affixed my official seal.

NOTE-facsimile signature and seal
are imprinted pursuant to
section 11-A Domestic Relations
laws of New York State.

City Clerk and Clerk of the Council,
of the City of New York

**EXHIBIT B**

# THE CITY OF NEW YORK
VITAL RECORDS CERTIFICATE

## CERTIFICATION OF BIRTH

This is a certification of name and birth facts on file in the Office of Vital Records, Department of Health,
City of New York.

DATE OF BIRTH: JULY 07, 1980

BOROUGH: BROOKLYN

CERTIFICATE No.: 156-80-317361

DATE FILED: 07-10-80

DATE ISSUED: 06-15-01

NAME: TARA ANN UZAMERE***

SEX: FEMALE

MOTHER'S MAIDEN NAME: CHERYL DENISE DUNCAN

FATHER'S NAME: GODWIN E. UZAMERE

Steven P. Schwartz, PhD.
City Registrar



Do not accept this transcript unless it bears the security features listed on back.
Reproduction or alteration of this transcript is prohibited by §3.21 of the New York
City Health Code if the purpose is the evasion or violation of any provision of the
Health Code or any other law.   1212496  DOCUMENT No. J253199

**EXHIBIT C**





**EXHIBIT D**



**Photo of the husband taken by child of the marriage at JFK Airport**



**Gospel Audio CD's**

**About Us**

**EDO NEW RELEASE AUDIO CDs**

**GUOSA LANGUAGE**

**MORE EDO CDs**

**Edo Movies**

**Edo DVD-VCD Videos**

**FLASHYMAGAZINE**

**EDOTV**



As the Senator representing edo central (Benin City and the surroundings) at the federal level in Abuja I urge you to put edo first and make edo people proud once again. May God grant you Wisdom and Good health.



*From Left to Right, Senator Engineer Ehigie Uzamere, Mrs Iriagbonse Uzamere, Engineer Osaze Uzamere (oldest son)*



*A TRUE BINI (EDO) WOMAN. By the side of*

*every successful man is a loving, strong*

*and understanding woman. Iriagbonse is* ***it***

**UNBEHALF OF THE IDEHEN FAMILY FROM ORLANDO, FLORIDA-USA AND THE STAFF OF www.EDORADIO.com I CONGRATULATE YOU AND WISH YOU MR & MRS EHIGIE & IRIAGBONSE UZAMERE A HAPPY 25TH WEDDING ANNIVARY.**

John Idehen

president/ceo

www.edoradio.com

**EXHIBIT E**

# FAMILY COURT OF THE STATE OF NEW YORK
## COUNTY OF KINGS



RECEIVED ·
KINGS COUNTY FAM. CT
CLERK OF THE COURT

'04 AUG 20 P3:15

**JOHN D. COAKLEY**
ASSISTANT DEPUTY CHIEF CLERK
DIVISION SUPERVISOR

283 ADAMS STREET
BROOKLYN, NY 11201

*This is the number associated with "Ehigie Uzamere."*

## [PLEASE PRINT]

### ARCHIVES REQUEST FORM

DOCKET NUMBER F- 05076/80     TODAY'S DATE AUG 2 0 2004

ASSISTED BY (FOR TRACKING PURPOSES) _____ 419 ☑ I.D. CHECKED
                                    FAMILY COURT EMPLOYEE   ROOM

**IMPORTANT: PLEASE VERIFY THAT THIS FILE JACKET IS NOT IN THIS COURT HOUSE. THANK YOU**

IN THE MATTER OF (CASE NAME) EHIGIE UZAMERE

YOUR NAME (LAST) Uzamere     (FIRST) Cheryl     (IN.) D

PRESENT ADDRESS 1209 Loring Avenue     APT. NO. (IF ANY) 6B

CITY Brooklyn     STATE NY     ZIP CODE 11208

RELATION TO CASE (CHECK ONE) ☑ PETITIONER ☐ RESPONDENT ☐ OTHER _____

TELEPHONE NO. (DAYTIME) (718) 647-8370     (EVENING) _____

BEST TIME TO CALL _____

REMARKS NEEDS TO REVIEW!

**PLEASE NOTE:** IF YOU DO NOT RECEIVE NOTICE IN 20 BUSINESS DAYS REGARDING THIS REQUEST, PLEASE CALL THE **ARCHIVES DIVISION** AT AREA CODE **(718) 643-8893**. YOU MUST PROVIDE THE DOCKET NUMBER AND DATE OF THIS REQUEST.

FOR OFFICE USE ONLY

DATE ORDERED: _____     BY: _____

DATE RECEIVED: _____     BY: _____

PERSON NOTIFIED: _____     BY: _____

FORM REVISED 01/26/2004; JV 419

16



(E2)

PC2

# FAMILY COURT OF THE STATE OF NEW YORK
## COUNTY OF KINGS



RECEIVED
KINGS COUNTY FAMILY
CLERK OF THE COURT

'04 AUG 20 P 3:15

This is the number associated with "Goodwin (Godwin) Uzamere." The City gave this name. I gave the name "Ehigie Uzamere."

JOHN D. COAKLEY
ASSISTANT DEPUTY CHIEF CLERK
DIVISION SUPERVISOR

283 ADAMS STREET
BROOKLYN, NY 11201

## [PLEASE PRINT]

## ARCHIVES REQUEST FORM

DOCKET NUMBER **F-08177/85** TODAY'S DATE **AUG 20 2004**

ASSISTED BY (FOR TRACKING PURPOSES) **419** FAMILY COURT EMPLOYEE **JN** ROOM  ☑ **I.D. CHECKED**

IMPORTANT: PLEASE VERIFY THAT THIS FILE JACKET IS NOT IN THIS COURT HOUSE. THANK YOU

IN THE MATTER OF (CASE NAME) **GOODWIN UZAMERE**

YOUR NAME (LAST) **Uzamere** (FIRST) **Cheryl** (IN.)

PRESENT ADDRESS **1209 Loring Avenue** APT. NO. (IF ANY) **6 B**

CITY **Brooklyn** STATE **NY** ZIP CODE **11208**

RELATION TO CASE (CHECK ONE) ☑ PETITIONER ☐ RESPONDENT ☐ OTHER

TELEPHONE NO. (DAYTIME) **(718) 647 8370** (EVENING)

BEST TIME TO CALL

REMARKS **NEEDS TO REVIEW!**

PLEASE NOTE: IF YOU DO NOT RECEIVE NOTICE IN 20 BUSINESS DAYS REGARDING THIS REQUEST, PLEASE CALL THE **ARCHIVES DIVISION** AT AREA CODE **(718) 643-8893**. YOU MUST PROVIDE THE DOCKET NUMBER AND DATE OF THIS REQUEST.

FOR OFFICE USE ONLY

DATE ORDERED: _____ BY: _____

DATE RECEIVED: _____ BY: _____

PERSON NOTIFIED: _____ BY: _____

FORM REVISED 01/26/2004; JV 419

16

**EXHIBIT F**



November 11, 2007

The Honorable George Bush
President of the United States
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

     Subject:   Refusal of Condoleeza Rice's staff to Report/Prosecute Alien Involved in
                 Immigration Fraud, Identity Fraud, Social Security and Bigamy

Dear Mr. President:

On or around November 9, 2007, I spoke with Ms. Mary Ellen Sariti, an employee working in the American Citizen Services division of the U.S. Department of State, an agency headed by Ms. Condoleeza Rice. In response to my inquiry regarding my husband, Senator Ehigie Edobor Uzamere of Nigeria, Ms. Sariti told me that my husband married a Nigerian woman in 1982 whose name she tacitly admitted to be Iriagbonse Irowa.

I told Ms. Sariti that I married someone by the name of "Godwin" Uzamere on November 21, 1979, and that "Godwin" Uzamere is the same person as Ehigie Uzamere (see marriage license, attached). I also sent an e-mail to Ms. Sariti with a link to the following website: http://africandiasporal.tripod.com/thecriminalandimmoralactsofchiefehigieedoborakagodwinuza mere. This website has a picture of my husband identical to the picture that Ms. Sariti described to me from her files.

My husband is guilty of immigration fraud, identity fraud and bigamy. My husband went so far as to retain Jack Gladstein to divorce me using my husband's fictitious first name "Godwin" (see letter, attached). These are crimes of moral turpitude that under normal circumstances would make an individual eligible for denaturalization and deportation.

I suspect the following: either someone in Ms. Rice's office (and/or the U.S. Department of Homeland Security's Citizenship and Immigration Services) has been paid off, or that the United States has a diplomatic relationship with Nigeria such that the oil and/or other economic benefits that the U.S. government receives from Nigeria "negates" the U.S. government's desire to prosecute Nigerians who violate federal or state law.

Lastly, I believe that anti-non-foreign-black racism plays the largest part in why federal agencies continue to ignore my cries for justice. In my divorce action (Supreme Court Kings County Index No. 26332-07), I ask the Court to grant me $20,000,000.00 in property distribution and child support. If I receive this money, I will be able to pay off my federal student loan. I believe that if I was Jewish or some other foreigner, the United States government would go after the Nigerian government to ensure that it enforces my divorce settlement. However, because I am a non-foreign-black American, the United States government does not give a damn about me or about my daughter.



# Gladstein & Messinger
## Attorneys At Law
118-21 Queens Boulevard
Suite 614
Forest Hills, New York 11375

Jack Gladstein
Scott Messinger

(718)793-7800
Fax (718)793-0524
E-Mail: Gladmessattys@aol.com

Of Counsel
Robin S. Messinger*

* Admitted in NY and NJ

October 9, 2007

Honorable Eric I. Prub, J.S.C.
Supreme Court Kings County
360 Adams Street
Brooklyn, N.Y. 11201

Re:    Uzamere v. Uzamere
       Index No. 26332-07

Dear Honorable Sir:

In October, 2003 the defendant retained the services of this firm to begin a divorce proceeding. A few weeks later Mr. Uzamere contacted our firm and requested that we stop all work on his file and informed us that he would not require our services. Accordingly we informed the plaintiff of same by correspondence on November 11, 2003, see our fax cover, letter and transmission receipt attached hereto. We do not understand why the plaintiff has involved this firm since we do not represent anyone in this action and have no knowledge about the facts in this case. We do not understand why the plaintiff continues to send, fax, email documents to our office as well as call this office.

We are not a party to this action in any manner. It is requested that you note and mark your files accordingly.

If there are any questions, please feel free to contact this office.

Sincerely,

Jack Gladstein

JG:mk

cc:    Cheryl Uzamere
       1209 Loring Avenue, Apt 6B, Brooklyn, N.Y. 11208

If someone from your office does not contact me personally to reassure me that your administration will do something to: 1) prosecute and "denaturalize" Senator Uzamere for immigration fraud, identity fraud and bigamy; and 2) capitalize on the U.S. government's diplomatic relationship with Nigeria to ensure that the Nigerian government recognizes and enforces the financial terms of my divorce, I will make no further efforts or arrangements to pay off the student loans that I owe the state and federal government (please refer to http://www.nigeria-law.org/Matrimonial%20Causes%20Act.htm, Marital Causes Act of Nigeria, Part VI, §81(2), §81(3)(a), (b) and §81(6)). I will do everything humanly possible to ensure that, until the U.S. government assists me, I will pay nothing.

Additionally, I will tell Judge Prus (the judge handling my divorce) that I made every effort to solicit the federal government's help in prosecuting my husband for the crimes he has committed, but that federal government refuses to assist me.

I respectfully ask that you do all you can to ensure that Ms. Rice speaks to President Yar'adua of Nigeria to ensure that Nigerian criminals like my husband do not take advantage of the U.S. government's petrol-soaked, diplomatic relationship with Nigeria while helpless, unprotected, non-foreign black women like me and my daughter are subjected to the onslaught of emotional and economic terrorism by Nigerian diplomats specifically and the non-diplomatic Nigerian community at large.

I will not stand for it.

Respectfully,

Cheryl D. Uzamere
1209 Loring Avenue
Apt. 6B
Brooklyn, NY 11208
Tel.: (718) 647-8370
Fax: (267) 543-3317
E-mail: cuzamere@netzero.net

/cdu

Cc:
Honorable Condoleeza Rice
Secretary of State
US State Department
Fax: (202) 647-0122

Honorable Charles Schumer
Senator, New York
Fax: (212) 486-7693

Honorable Mallam Ibrahim Awalu
Consul General
Nigerian Consulate, New York, NY
Fax: (212) 687-1476

Peter Keisler, Esq.
Acting Attorney General
US Department of Justice
Fax: (202) 514-4507

General Counsel
US Dept. of Education
Fax: (202) 205-2689

Honorable C. N. Okafor
Consul General
Nigerian Consulate, Atlanta, GA
Fax: (770) 394-4671

Richard L. Skinner, Esq.
Inspector General
US Dept. of Homeland Security
Fax: (202) 254-4292

Honorable Ambassador
Nigerian Embassy
Fax: (202) 362-6552

Jack Gladstein, Esq.
Gladstein & Messinger
Fax: (718) 793-0524

**EXHIBIT G**



# Gladstein & Messinger

Attorneys At Law
118-21 Queens Boulevard
Suite 615
Forest Hills, New York 11375

**Jack Gladstein**
**Scott Messinger**

Of Counsel
**Barbara S. Reede**
**Robin S. Messinger**\*

(718)793-7800
Fax (718)793-0534
E-Mail: Gladmessattys@aol.com

\* Admitted in NY and NJ

October 1, 2003

Cheryl D. Uzamere
1209 Loring Avenue
Apt 6B
Brooklyn, N.Y. 11208
By Certified Return Receipt Mail and First Class Mail

### Re: Uzamere v. Uzamere

Dear Ms. Uzamere:

Please be advised that this office represents your husband, Godwin Uzamere as your matrimonial problems. .

Kindly have your representative contact my office so we may be able to work out an amicable solution to terminate your marriage

Sincerely,

Jack Gladstein

JG:mk

**EXHIBIT H**



October 13, 2003

Jack Gladstein, Esq.
Gladstein & Messinger
Attorneys at Law
118-21 Queens Boulevard
Suite 615
Forest Hills, NY 11375

**Re: Uzamere v. Uzamere**

Dear Mr. Gladstein:

I received your letter dated October 1, 2003 regarding your firm's representation of my husband, Godwin Uzamere. Please note that although I acknowledge receipt of this correspondence, I must also acknowledge that this letter does not contain "Ehigie Edobor Uzamere," the name which is recognized by the U.S. Immigration and Naturalization Service (now BCIS), Pratt University, the Social Security Administration and me. Additionally, as of the date of this letter, I have never received any correspondence from your office via certified mail or any other manner that CPLR §308 considers properly completed service of process.

Please understand that my stating an objection to the manner in which your letter was delivered to me is twofold: 1) to object to the statement "By Certified Return Receipt Mail" which appears in your correspondence dated October 1, 2003; and, 2) to ensure that you do not send or serve any other correspondence with similar false claims of having properly completed service of process (that is, if you have not already done so).

In the past, my husband and the law firm that represented my husband for his immigration case took advantage of my lack of legal knowledge, my emotional state and my financial inability to retain legal counsel. Thus far, your office has done the same to me, insofar as it has:

1) presented a letter to me that makes a statement that is blatantly false;
2) refused to tell me my husband's address so that I can serve him with papers;
3) made no attempt to tell me if my husband intends to provide me with funds so that I can pay for an attorney;
4) refused to confirm or deny (in writing) whether my husband is married to another woman (which both my husband and his brother John claim);
5) contacted me within weeks of my having filed a complaint with the Disciplinary Committee, 1st Department against my husband's immigration attorneys;
6) sent the aforesaid letter containing my husband's *alias*, not his *full name*.

I believe that, like the immigration law firm that represented my husband, your office knows (or at least suspects) that my husband had a living spouse at the time that he married me, giving the impression that your office is either suborning perjury, or relying on "plausible deniability" to explain away my husband's *current* felonious conduct. I would not be surprised if the law office of Allen Kaye has already contacted you and advised you to proceed with this divorce in such a way so as to give the impression that my husband did not have a living spouse at the time he contracted to marry me, and to continue the pretense that my husband's full name was "Godwin E. Uzamere at the time that we married. I make this presumption based on the fact that the only documents I have ever seen with the named "Godwin" are the marriage certificate and accompanying certificate of officiant. Hiding my husband's marriage to another woman – especially if he married this woman using the name "Ehigie E. Uzamere" would legally require me to commence an action *to declare the nullity of a void marriage,* not an action for a divorce. Filing an action for a divorce makes the legal presumption to the court that my marriage to my husband was legal at its inception. My contention is not that my husband abandoned me – my claim is that my husband *had a living spouse* at the time he contracted to marry me; and that his sole reason for marrying me was to obtain permanent residence.

I presently receive social security insurance for bipolar disorder, for which I was hospitalized and diagnosed in 1993. I am presently taking Zoloft for major depressive disorder. Social security insurance is a form of welfare. I also receive medicare and medicaid. New York State Temporary Disability has determined that I am unable to engage in substantial and gainful employment.

Although I have prepared the poor person's order, its accompanying affidavit, action for the divorce and its accompanying affidavit, I am terrified that just like in the past, I will be tricked (or bullied) into signing forms, representing myself, and eventually I will be deprived of any and all rights to any other forms of legal redress because of my stupid and desperate attempts to defend myself legally.

Your office, like the law office of Allen Kaye, my husband's immigration attorney, has no concern for the spirit of the law, on which the letter of the law is based. Although my husband was able to, for a short time, use Allen Kaye's office and its ability to employ legal loopholes and my naivete to commit immigration fraud, the end result of this is that our daughter was denied both child support and the opportunity to grow up with her father. I was left in financial and emotional shambles by my husband and his law firm's complicity to trick me into signing papers. I was rendered incapable of holding down a job from then until the present time. I, as well as my children, became financial burdens of the state. My son is still a financial burden of the state, as a result of my putting him in foster care. I am a financial burden to the state. Although I want to work, I have been fired from so many jobs that I seriously doubt that anyone will ever want to hire me.

Although this case centers around my husband, I will make it my personal business to shut your law firm down for defending my husband's constant attempts to force me to engage in felonious conduct. I will send a copy of this letter to the departmental disciplinary committees in both Manhattan and Brooklyn, to report that your office is suborning perjury by allowing my husband to pretend that he is not married to another woman besides me.

Since I am too emotionally stressed to proceed *pro se*, and too destitute to retain an attorney, I can see no other way to strongly encourage you to convince my husband to give me money to pay for an attorney, but to go after your company, and for this I am sorry. Further to this, please note that any attempt to misrepresent facts, either material or immaterial, with be met with a swift complaint to the aforementioned disciplinary committees.

Because I am not an attorney, I have presently chosen not to present documents to you as such. However, I am making a formal request that within the next 30 days, your office produce the following documents to me:

1) produce photographic proof that Godwin/Ehigie is the individual who retained your services and who is known to me as my "husband";

2) produce a plan by which Godwin/Ehigie will provide me with money so that I can pay for an attorney; if he refuses, state the reason(s) for the refusal;

3) produce Godwin/Ehigie's actual legal domicile/residence to determine if he is within or without the state;

4) produce the name of Godwin's/Ehigie's wife (or wives) and children if such information exists;

5) produce the date of Godwin's/Ehigie's marriage to his wife (wives);

6) produce documentation detailing Godwin's/Ehigie's plan to provide me with the financial means to care for myself during the pendency of this case;

7) produce all documents your office has received from Godwin/Ehigie;

8) produce all documents your office has received from the law office of Allen Kaye, or any other laws firms that have contacted you regarding Godwin/Ehigie;

9) produce all past and pending litigation currently filed against Godwin/Ehigie, and all other aliases, tribal names, etc., by which this person is known;

10) produce all litigation currently filed by Godwin/Ehigie, and all other aliases, tribal names, etc., by which this person is known;

11) produce all aliases, tribal names, birth names, etc. by which Godwin/Ehigie is also known, both within and without the state;

12) produce an affidavit from Godwin/Ehigie that he does not have a living spouse either within or without the state; said affidavit must state that Godwin/Ehigie does not have an alias, tribal names etc. under which he currently has a living spouse; also include all other names by which Godwin/Ehigie is known;

12) produce all past and current marriages of "Godwin E. Uzamere," "Ehigie E. Uzamere, including, but not limited to documents in the United States and its territories, and documents in Nigeria;

13) produce all church and religious documents regarding "Godwin E. Uzamere" and "Ehigie E. Uzamere"; said documents include but are not limited to 1) birth certificate; 2) baptismal certificates, including but not limited to documents originating from the United States and its territories, and documents from churches in Nigeria;

14) produce a certified copy of the baptismal certificate and/or document of baptism if the aforesaid document exists; if said document exists, produce a certified copy of the church's marriage license, certificate or documentation of official who performed the marriage ceremony;

Godwin/Ehigie has never paid child support. He left me on the day that we married. He defamed both me and our daughter to his family. He paid a law firm to trick me into signing papers that made me the unwitting participant to at least one felony. That "a leopard cannot change its spots" is a fitting analogy in this sordid tale of my husband's use of sex, lies and morally defunct law firms to bend or break the law. I did not want to be a party to it in 1979; I will not be a party to it now.

Your refusal to cooperate with me will only result in continued dealings with me as a victim who has been mentally and emotionally disabled as a result of egregiously felonious conduct perpetrated by Godwin/Ehigie and his attorneys, instead of dealing with an attorney with whom you can plan an "amicable solution." It will result in my filing a claim against you and Godwin/Ehigie for the continued intentional infliction of mental and emotional distress for refusing to cooperate with my request for Godwin/Ehigie to provide me with money so that I can pay for my own attorney. It will also result in my taping – from this moment on – any and all conversations that I have with you until such time that I have retained an attorney. Lastly, please understand that no matter how annoying I may appear to be to you, that unless my husband pays for me to have an attorney, you *must* correspond with me, insofar as I have no choice but to proceed *pro se*.

Thank you in advance your expeditious reply to the above.

Respectfully,

*Cheryl D. Uzamere*

Cheryl D. Uzamere

/cdu

cc:   Rebeca V. Taub
      Departmental Disciplinary Committee
      Supreme Court Appellate Division
      First Judicial Department
      61 Broadway
      New York, 10006

      Department Disciplinary Committee
      Supreme Court, Appellate Division
      Second Judicial Department
      361 Adams Street
      Brooklyn, NY 11201

October 17, 2003



State of New York
Grievance Committee
335 Adams Street
Suite 2400
Brooklyn, NY 11201

To Whom It May Concern:

Following this page please find a letter I received from Jack Gladstein, Esq., of the law offices of Gladstein & Messinger. Also enclosed is a letter that I sent to Mr. Gladstein making a formal request for documents. Mr. Gladstein claims to represent my husband, Godwin Uzamere.

Godwin Uzamere, is not my husband's real name. My husband's real name is Ehigie E. Uzamere. I believe that Jack Gladstein knows my husband's real name. I believe that when my husband retained Mr. Gladstein's services, he retained him using his real name. However, I believe that Mr. Gladstein is facilitating my husband's fraud by helping my husband maintain the alias under which my husband married me. Additionally, Mr. Gladstein claims to have sent this letter via certified mail. I have never received any correspondence from him via certified mail.

I have asked Mr. Gladstein to submit proof of my husband's identify, to ensure that the person that claims to be my husband is actually my husband. Mr. Gladstein has chosen not to do so.

I believe that it is wrong for an attorney to help his client submit false identification to the court. I believe that for an attorney not to require identification from his/her client and to go along with a client who submits false identification is suborning perjury. It is bad enough that he lied about sending the attached letter via certified mail.

I have suffered enough because of my husband. Mr. Gladstein's refusal to verify my husband's identify, coupled with his sending me a legal document with a fake name intensifies and exacerbates the mental and emotional distress that I have endured for the past 24 years as a result of my husband's felonious conduct..

Many years will pass until we see another World Trade Center. Part of the reason why we don't have one now is because of attorneys who allow foreigners to use fraudulent credentials.

Protecting our borders starts with attorneys.

Respectfully,

Cheryl D. Uzamere

/cdu

cc:     Jack Gladstein, Esq.

H3

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS**
------------------------------------------------------------------ X

Cheryl D. Uzamere

<div style="text-align:center">Plaintiff,</div>

Index No.:

- against -

**VERIFIED COMPLAINT**

Senator Ehigie Edobor Uzamere a. k. a. Godwin Uzamere   **ACTION FOR DIVORCE**

<div style="text-align:center">Defendant.</div>

------------------------------------------------------------------ X

**FIRST:**
Plaintiff herein, Cheryl D. Uzamere, complaining of the Defendant, alleges that the parties are over the age of 18 years and;

**SECOND:**
The Plaintiff has resided in New York State for a continuous period in excess of two years immediately preceding the commencement of this action.

**THIRD:**
The Plaintiff and the Defendant were married on November 21, 1979 in Brooklyn, New York.

The marriage was not performed by a clergyman, minister or by a leader of the Society for Ethical Culture.

**FOURTH:**
There is one adult child of the marriage for whom the Defendant never paid child support or provided monies for child's transition into adulthood:

| Name | Date of Birth | Address |
|------|---------------|---------|
| Tara A. Uzamere | July 7, 1980 | |

The Plaintiff resides at 1209 Loring Avenue, Apartment 6B, Brooklyn, New York. Based on information and belief, Defendant is employed as a senator at: the Nigerian Senate Complex, Three Arms Zone, P.M.B. 141, Abuja, Nigeria. Defendant's place of employment can be confirmed by the Independent National Electoral Commission (INEC), located at Plot 436, Zambezi Crescent, Maitama District, Federal Capital Territory, Abuja, Nigeria. The telephone number is 234-9-222-4632.

Proof that Defendant is a senator in Nigeria can be found at http://www.enownow.com/SENATATORIAL_CANDIDATES_NIGERIA.pdf, page 12. (Also, see attached)

The parties are covered by the following group health plans:

**Plaintiff**                                    **Defendant**

Medicare (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A)                    Never known by Plaintiff
Medicaid (SX79220M)

**FIFTH:**

That Plaintiff is disabled with a mental defect for which Plaintiff receives Social Security Insurance and Social Security Disability Insurance from the Social Security Administration (see attached award letter).

That in order to qualify for Social Security Insurance (SSI), a person must fall within a certain income level to found eligible.

That the Social Security Administration has ruled that Plaintiff falls within those guidelines established for being impoverished.

That Plaintiff lives in a federally-subsidized housing project (see attached).

That under the United States Housing and Urban Development's guidelines, a person can only earn a certain amount of income to fall under the federal government's guidelines for poverty.

That the United States Housing and Urban Development has ruled that Plaintiff falls under those guidelines established for poverty.

That Plaintiff receives medical insurance through the New York City Department of Social Services and Medicare (see attached).

That in order to qualify to receive medical insurance under the aforementioned programs, a person must fall within the agency's guidelines for poverty.

That both agencies have ruled that Plaintiff falls under those guidelines established for poverty.

That while Plaintiff was a recipient of public assistance Plaintiff received information from the New York City Bureau of Child Support Enforcement that the Defendant used the social security number 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; and that based on the Social Security Administration, this is not the Defendant's real number.

That Plaintiff surreptitiously obtained the social security number 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, the number under which Defendant still owes federal student loans, to the best of Plaintiff's knowledge.

2

That during the entire course of the marriage, neither the Plaintiff nor any governmental agency charged with locating putative parents for the purpose of securing child support for the custodial parent has ever been able to find any of the Defendant's financial assets; and that Plaintiff has made non-financial contributions to the marriage by being a homemaker and parent to Defendant's child although Plaintiff has never had title or access to Defendant's assets, as is consistent with DRL §236.

**SIXTH:**

The grounds for divorce that are alleged as follows:

## Cruel and Inhuman Treatment (DRL §170(1)):

At the following times, none of which are earlier than five (5) years prior to commencement of this action, the Defendant engaged in conduct that so endangered the mental and physical well-being of the Plaintiff, so as to render it unsafe or improper for the parties to cohabit (live together) as husband and wife.

On November 21, 1979, the Defendant duped the Plaintiff into unknowingly participating in a felonious act of entering into a "convenience" marriage for the sole purpose of obtaining lawful permanent residence in the United States.

That the Defendant without cause or justification provided the Plaintiff with the fictitious first name "Godwin" to facilitate the commission of a felonious marriage to obtain lawful permanent residence in the United States and to prevent the Plaintiff from properly identifying the Defendant by attempting a successful search to locate the Defendant (see attached marriage # 5 license, certificate of officiant and US Search reports).

That beginning November 21, 1979 until the present, the Defendant has not provided the Plaintiff with information such as social security number, passport, drivers' license, bank account, employment information or any other identifying information upon which the Plaintiff could contact the Defendant in order to obtain child support.

That beginning on November 21, 1979 and up to and including the present time, the Defendant has encouraged the Defendant's immediate family to ignore the Plaintiff and the child of the marriage; that beginning November 21, 1979 and up to and including the present time the Defendant's immediate family including brothers, cousins, aunts, nieces and nephews have never made any attempt to contact the Plaintiff or the child of the marriage; and that as of the date of the preparation of this Complaint, the Defendant has ignored the Plaintiff and has made no attempt to contact the Plaintiff with regard to the Defendant's whereabouts in spite of the Plaintiff's various attempts within the past week to contact the Defendant by e-mail and telephone and members of the Defendant's immediate family by telephone.

## Abandonment (DRL 170(2)):

That commencing on or about November 21, 1979, and continuing for a period of more than one (1) year immediately prior to commencement of this action, the Defendant willfully and

3

by depriving Plaintiff of access to the marital residence located at 249 Hopkinson Avenue, Apartment 14F, Brooklyn, New York. This deprivation of access was without the consent of the Plaintiff and continued for a period of greater than one year.

That commencing on or about November 21, 1979, after the Defendant duped the Plaintiff into participating in the commission of a federal felony for the sole purpose of obtaining lawful permanent residence in the United States, and continuing for a period of more than one (1) year immediately prior to commencement of this action, the Defendant left the Plaintiff at the home of her parents, located at 330 Dumont Avenue, Apartment 1A, Brooklyn, New York and did not return. Such absence was without cause or justification, and was without the Plaintiff's consent.

That commencing on or about November 21, 1979 and continuing for a period of more than one (1) year immediately prior to commencement of this action, the Defendant willfully and without cause or justification abandoned the Plaintiff by depriving the Plaintiff access to the Defendant's residence located at 249 Hopkinson Avenue, Apartment 14F, Brooklyn, New York, and that this deprivation of access was without the consent of the Plaintiff and continued for a period of greater than one year.

That after the Defendant entered the port of New York, New York on January 28, 1980 as a lawful permanent residence of the United States by duping the Plaintiff into providing sponsorship services the Defendant had no further need of the Plaintiff.

That during the entire course of the marriage, Plaintiff has never provided Plaintiff with monies to care for the child of the marriage, and that Defendant has never given Plaintiff any financial information or allowed Plaintiff to gain access to Defendant's assets.

That around October 1, 2003, Defendant's divorce attorney, Jack Gladstein, used Defendant's fictitious name, a name under which Plaintiff has never been able to find any information (see attached U.S. Search reports). ⊨

### Adultery (DRL §170 (4)):

That on Friday, February 9, 2007 at 10:38 p.m., the Plaintiff received an e-mail of a The Nation Online, a Nigerian online newspaper that lists both the Defendant Senator Ehigie Uzamere and the Defendant's wife as attendees to a gathering with Benin's Monarch (see http://www.thenationonlineng.com/dynamicpage.asp?id=10079. Also, see attached). ⊨ 🖙

That the wife of whom The Nation Online refers is not the Plaintiff.

That the Nigerian Marriage Act, consistent with New York State and other state laws which are based on English common law, does not permit the practice of adultery.

That the Defendant made a sworn statement on the marriage license that Defendant did not have any prior marriages before marriage to the Plaintiff.

4

That the Defendant presented the marriage license, in its entirety to the law firm of Allen Kaye as a truthful document.

That Allen Kaye, Mr. Shapiro or someone in the law firm's employ presented the marriage license, in its entirety, to the United States Immigration and Naturalization Service as true and correct for the purpose of the Defendant obtaining permanent residence through sponsorship by the Plaintiff.

### Bigamy (PEN §255.15)

That on Friday, February 9, 2007 at 10:38 p.m., the Plaintiff received an e-mail regarding website http://www.thenationonlineng.com/dynamicpage.asp?id=10079 that lists Defendant Senator Ehigie Uzamere and his wife as attendees of the gathering of the Benin Kingdom's monarch (see attached).

That the wife of whom The Nation Online refers is not the Plaintiff.

That the Nigerian Marriage Act, like New York State Domestic Relation Law does not permit the practice of bigamy.

**WHEREFORE**, since Plaintiff is obviously impoverished and has never shared title or received any assets from Defendant during the entire course of the marriage, and since Plaintiff owns no property of considerable monetary value, and since Plaintiff's impoverished state is clearly accepted as proof by various municipal and federal agency, and since Plaintiff has submitted said proof of her poverty such that a decision that is contrary to the Plaintiff's ability to proceed as a poor person would be arbitrary, malicious, capricious, vexatious and exacerbating to Plaintiff's mental illness, and since said decision would be spiteful of the fact that Plaintiff is not an attorney and can obviously not afford one, and since any decision contrary to allowing Plaintiff to proceed as a poor person would force Plaintiff to stay in a loveless marriage, thereby exacerbating Plaintiff's emotional state and contributing to Defendant's intentional infliction of Plaintiff's emotional distress; and since such decision against Plaintiff would be biased and would benefit the Defendant, Plaintiff demands judgment against the Defendant as follows: A judgment dissolving the marriage between the parties; twenty million dollars ($20,000,000.00) or 85% of the marital property (whichever is greater – including property in Nigeria); maintenance in a lump sum payment of $5,000,000 during the pendency of the case; attorney's fees paid by the Defendant; financial assistance for the adult child of the marriage for whom the Defendant never paid child support, including but not limited to: college tuition fees, money for books, money to pay for gas to go to college, etc.

### AND/OR

equitable distribution of marital property and any other relief the court deems just and proper.

Plaintiff further requests that insofar as Defendant is a senator in Nigeria, that the Court permit service of process in accordance with 28 U.S.C. 1608 and 22 C.F.R. 93.2 and that the Court bears the costs of such service. Plaintiff also asks that service of process be effected in

accordance with CPLR§308(2), allowing plaintiff to serve a person of suitable age and discretion and subsequent mailing of Summons and Complaint to the Defendant's last known addresses as provided by U.S. Search's internet search reports.

Dated: July 13, 2007

Cheryl D. Uzamere
Appearing Pro Se
1209 Loring Avenue
Apt. 6B
Brooklyn, NY 11208
Tel.: (718) 647-8370

STATE OF NEW YORK. COUNTY OF KINGS          ss:

I, Cheryl D. Uzamere, am the Plaintiff in the within action for a divorce. I have read the foregoing complaint and know the contents thereof. The contents are true to my own knowledge except as to matters therein stated to be alleged upon information and belief, and as to those matters I believe them to be true.

Subscribed and sworn to before me on
July 16, 2007

NOTARY PUBLIC

Plaintiff's Signature

CHRYSTYNE SCOTTO
Notary Public, State of New York
No. 05SC6104078
Qualified in Kings County
Commission Expires Jan. 12, 2008

6

# EXHIBIT A

# PROOF THAT DEFENDANT IS A SENATOR

#/A

## SATURDAY INDEPENDENT

## Yar'Adua Wins 90% Of Edo Votes

April 23rd, 2007

By Uwasawa Abugu, Bureau Chief, Benin

Peoples Democratic Party (PDP) candidate, Umaru Musa Yar'Adua, scored 700,604 or 90 per cent of the total votes to win the presidential election in Edo State, according to the results released in Benin on Sunday.

The figures announced by the Resident Electoral Commissioner, Josiah Uwazuronye, were a sharp contrast with observations at the polls where turnout was very low.

The Action Congress (AC) candidate, Alhaji Atiku Abubakar, came second with 56,321 while the All Nigeria Peoples Party (ANPP) candidate, Alhaji Muhammadu Buhari, came third with 12,477 votes. The Fresh Democratic Party candidate, Rev. Chris Okotie was fourth with 2,673 votes.

Similarly, PDP candidates won all the National Assembly seats in the nine federal constituencies and the three senatorial zones.

Former Solid Minerals Minister, Odion Ugbesia, won in Edo Central with 184,868 votes, while Mr Ehigie Uzamere won in Edo South with 328,607 votes. Alhaji Yisa Braimah was returned in Edo North with 225,970 votes.

Among those elected to the House of Representatives were the Speaker of Edo State House of Assembly, Mr Friday Itulah, the Majority Leader, Mr Patrick Obahiagbon, serving member, Mr Ehigie West Idahosa, and former local government Chairman, Mr Johnson Agbolaba.

Voters' apathy was high in the state following the massive falsification of results of the governorship and House of Assembly elections.

In many places, the people just stayed away. Where voting took place, election materials were delivered very late. In a few centres, the materials were not delivered at all and the voters went home without exercising their franchise.

### Home Office

Enter Now!
Entry deadline July 4th

BY CELEBRITY DESIGNER VERN YIP

Microsoft Office



# EXHIBIT D

# MEDICARE AND MEDICAID PROOF

# INDEPENDENT NATIONAL ELECTORAL COMMISSION
## NOMINATED CANDIDATES FOR ELECTION TO THE SENATE 2007

| | STATE | SENATORIAL DISTRICT/CODE | NAME OF CANDIDATE | GENDER | PARTY | REMARKS |
|---|---|---|---|---|---|---|
| 1 | EDO | EDO CENTRAL | ELDER ODION M. USBESIA | M | PDP | |
| 2 | | SD/034/ED | HON. THOMAS EBOZELE OKOSUN | M | ANPP | |
| 3 | | | HENRY ONEHIDEBE ISEGHOHI | M | AC | |
| 4 | | | MRS. FELICIA IDAHOMEN | F | BNPP | |
| 5 | | | VINCENT EDOSA | M | RPN | |
| 6 | | EDO NORTH | ALH. ENGR. YISA BRAIMOH | M | PDP | |
| 7 | | SD/035/ED | ALOYSIUS ERESHIE EKHAYEME | M | PPA | |
| 8 | | | ALH. TI.AVABARE JUNAID WILLIAMS SALIU | M | ANPP | |
| 9 | | | JOSEPH BABATUNDE LAKOJU | M | AC | |
| 10 | | | MUNIRU SHIELU | M | DPP | |
| 11 | | | GARUBA MAMUDU YAHAYA | M | AD | |
| 12 | | | FREDRICK IMAROGIE OSAHON | F | BNPP | |
| 13 | | | HON. EMMANUEL AKOGUN | M | RPN | |
| 14 | | | J.J. UZAMERE | M | A | |
| 15 | | EDO SOUTH | EHIGIE EDOBOR UZAMERE | M | PDP | |
| 16 | | SD/036/ED | PAUL OSAKPAMWAN OGBEBOR | M | ANPP | |
| 17 | | | PHARMACIST MATHEW AISAGBONRIODION URHOGHIDE | M | AC | |
| 18 | | | OYAIRO NOSAKHARE JOHN | M | FRESH | |
| 19 | | | MRS. QUEEN IDAHAGBON | F | BNPP | |
| 20 | | | MR. ASIRUWA OTUTUOSA | M | APGA | |
| 21 | | | AGBONLAHOR IYANU | M | A | |

# EXHIBIT B

# LETTER FROM SOCIAL SECURITY

SOCIAL SECURITY ADMINISTRATION

Date: April 10, 2007
Claim Number: 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A
              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DI


CHERYL D UZAMERE
1209 LORING
APT 6B
BROOKLYN NY 11208-5051


You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.

Information About Current Social Security Benefits

  Beginning December 2006, the full monthly
  Social Security benefit before any deductions is......$ 694.80

    We deduct $0.00 for medical insurance premiums each month.

  The regular monthly Social Security payment is........$ 694.00
  (We must round down to the whole dollar.)

  Social Security benefits for a given month are paid the following month. (For
  example, Social Security benefits for March are paid in April.)

  Your Social Security benefits are paid on or about the third of each month.


Information About Supplemental Security Income Payments

  Beginning February 2007, the current
  Supplemental Security Income payment is...............$ 36.00

  This payment amount may change from month to month if income or
  living situation changes.

  Supplemental Security Income Payments are paid the month they are due. (For
  example, Supplemental Security Income Payments for March are paid in March.)


Type of Social Security Benefit Information

  You are entitled to monthly disability benefits.

Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

# If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 718-827-3858. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 3386 FULTON STREET
> BROOKLYN, NY 11208

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

OFFICE MANAGER

# EXHIBIT D

# MEDICARE AND MEDICAID PROOF

# EXHIBIT C

# PROOF THAT PLAINTIFF LIVES IN NYCHA

NYCHA 040.297 (Rev. 1/07)
**NEW YORK CITY HOUSING AUTHORITY**

**OCCUPANT'S AFFIDAVIT OF INCOME**

*RECEIVED*

*JUL 0 6 2007*

*C. H. PINK HOUSES*

**QUARTER:** 3

LESSEE(S): Cheryl D. Uzamere

HOME TELEPHONE NO.: 718 647-8370

ADDRESS AND APARTMENT NUMBER: 1209 Loring Avenue, Apt 6B

WORK TELEPHONE NO.: ( )

FOR THE 12 MONTH PERIOD SPECIFIED FOR THIS ANNUAL INCOME REVIEW

## DO NOT DETACH THIS FORM – KEEP ALL PAGES FASTENED
## READ ENCLOSED INSTRUCTION LETTER – COMPLETE ALL OF THIS DOCUMENT

| MAILING ADDRESS (If different from above) | P.O. Box or Street Address | City & State | Zip Code + 4 |
|---|---|---|---|
| | | | |

**NOTICE:** List all occupants living in your apartment. Failure to do so may deprive them of all rights of occupancy. No person is allowed to reside in your apartment except authorized members of your family (which is based on authorized original family members who remain in continuous residence and births), unless written permission is REQUESTED by you and GRANTED by Management.

**A** **FAMILY COMPOSITION**

Information about race and ethnicity is required for statistical purposes to ensure non-discrimination in public housing programs. For each family member, place the correct code in both the Ethnicity and Race boxes.

**Ethnicity Codes:** HL = Hispanic or Latino; NHL = Not Hispanic/Not Latino

**Race Codes:** W = White; B/AA = Black/African American; AI/NA = American Indian/Native Alaskan; A = Asian; NH/PI = Native Hawaiian/Other Pacific Islander

| Persons Living in Apartment | Relation-ship | Social Security Number | Date of Birth | School Name (Submit proof if full-time student and over 18) | Ethnicity | Race |
|---|---|---|---|---|---|---|
| Cheryl D. Uzamere | Lessee | 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 | 5/3/59 | | African | African |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**TENANTS' CERTIFICATION** — *SIGN ONLY AFTER COMPLETING ALL PAGES OF THIS FORM*

**NOTICE:** The New York City Housing Authority may ask for proof of all statements made by you and an authorization signed by all adult members of your household for the release of information. Failure to return this Affidavit or supply any additional information required by the date requested, or willful submission of incorrect information, may result in a backcharge for rent, termination of your lease and civil or criminal prosecution.

**TO BE SIGNED BY PERSON(S) WHO SIGNED LEASE:** I/We certify that the information listed on all pages of this form is accurate and complete to the best of my/our knowledge and belief. I/We authorize the New York City Housing Authority to independently verify the accuracy of all information submitted. I/We understand that providing false statements or information is punishable under Federal and local laws. I/We also understand that providing false statements or information is grounds for termination of tenancy. Further, I/we have read or have had read to me/us the above statement.

| Signature of Lessee | Date | Signature of Co-Lessee | Date |
|---|---|---|---|
| Cheryl W. Uzamere | June 4, 2007 | | |

*Vea las páginas siguientes para la traducción en español de este formulario*

Page 1 of 9



# CUNY Card    SP98

**New York City**
**Technical College**
**Issued: 01/20/98**    ;P99

CU
NY

Uzamere, Cheryl D

---

# BENEFIT
## NEW YORK STATE
### IDENTIFICATION CARD

ID NUMBER          CARD NUMBER

SX79220M   600486 8739 2792 206 02

SEX / DOB
F     05/31/1959
NAME : LAST     UZAMERE
NAME : FIRST/M.I.     CHERYL



*Cheryl D. Uzamere*     ISO#  600486
ACCESS NUMBER     SEQ#
8739 2792 206     02

---



MEDICARE          HEALTH INSURANCE

1-800-MEDICARE (1-800-633-4227)



**CHERYL D UZAMERE**

C62-56-0915-A     **FEMALE**

HOSPITAL (PART A)    **07-01-1998**
MEDICAL  (PART B)    **07-01-1998**

*Cheryl D. Uzamere*

#I5 9

# THE CITY CLERK
## The City of New York — The State of New York:

**BRIDE AND GROOM PLEASE NOTE:**
1. This is a LICENSE TO MARRY—NOT a completed MARRIAGE.
2. This license may be used in New York State only.
3. Present this license to the person performing your ceremony.
4. If you are less than 18 years of age and wish to be married by the City Clerk both parents must personally be present with you to witness the ceremony.
5. If this license is not used please return it to the City Clerk.

**OFFICIANT PLEASE NOTE:**
1. Do not perform the ceremony 60 days after this date: _____
2. Do not perform the ceremony within 24 hours of the time indicated above, nor before this date. NOVEMBER 21, 1979    el
3. Return this completed license within 5 days to the City Clerk's Office (Borough where issued)

Know all men by this certificate that any person authorized by law to perform marriage ceremonies within the State of New York to whom this may come, he, not knowing any lawful impediment thereto, is hereby authorized and empowered to solemnize the rites of matrimony between __GODWIN E. UZAMERE__ of __BROOKLYN__ in the county of __KINGS__ and State of New York and __CHERYL DENISE DUNCAN__ of __BROOKLYN__ in the county of __KINGS__ and State of New York and to certify the same to be said parties or either of them under his hand and seal in his ministerial or official capacity and thereupon he is required to return his certificate in the form hereto annexed. The Statements endorsed hereon or annexed hereto, by me subscribed, contain a FULL and TRUE ABSTRACT of all of the facts concerning such parties disclosed by their affidavits or verified statements presented to me upon the application for this license.

Such application was accompanied by papers complying with the applicable requirements of section thirteen-a of the Domestic Relations Law, relative to examination and health of the parties, or such compliance was dispensed with, wholly or partly, by order of a judge or justice.

In Testimony Whereof I have hereunto set my hand and affixed the seal of The City of New York at the Municipal Building, Brooklyn, New York.

**OFFICIANT PLEASE NOTE:** Facsimile signature and seal are authorized under § Section 21-A, Domestic Relations Law of New York

David N. Jr Jr.u
City Clerk of the City of New York

| GROOM | | |
|---|---|---|
| Full Name: | GODWIN E. UZAMERE | |
| Place of residence: | 249 HOPKINSON | |
| City: | BKLYN State: NY | Borough or County: KINGS |
| | | Usual Occupation: STUDENT |
| Age: 26 Date of birth: FEB 1, 1955 | Place of birth: BENIN CITY BENDEL STATE NIGERIA | |
| Full name of father: JOSEPH UZAMERE | | Country of birth of father: NIGERIA |
| Full maiden name of mother: LUCY UZAMERE (SAME) | | Country of birth of mother: NIGERIA |

| BRIDE | | |
|---|---|---|
| Full Name: | CHERYL DENISE DUNCAN | |
| Place of residence: | 330 HANCOCK AVE | Borough or County: KINGS |
| City: | BROOKLYN State: NY | Usual Occupation: OPR. |
| Age: 20 Date of birth: MAY 31, 1959 | Place of birth: MANHATTAN NY USA | |
| Full name of father: HARRY LEE DUNCAN | | Country of birth of father: S.C. |
| Full maiden name of mother: JESSIE AUSTIN | | Country of birth of mother: ALA. |

| GROOM | | |
|---|---|---|
| Have you been married before: Yes ___ No X | Was your previous marriage(s) terminated by: (check X) | |
| How many times were you previously married: ___ | divorce____ annulment____ dissolution____ | |
| Full maiden name of former wife or wives | (Date)      (where)      (against whom) | |
| 1st ___ | 1st ___ | |
| 2nd ___ | 2nd ___ | |
| 3rd ___ | 3rd ___ | |
| Are they living or dead: 1st ___ 2nd ___ 3rd ___ | | |

| BRIDE | | |
|---|---|---|
| Have you been married before: Yes ___ No X | Was your previous marriage(s) terminated by: (check X) | |
| How many times were you previously married: ___ | divorce____ annulment____ dissolution____ | |
| Full name of former husband or husbands | (Date)      (where)      (against whom) | |
| 1st ___ | 1st TO BE MARRIED IN THE CITY CLERKS OFFICE | |
| 2nd ___ | 2nd YOU MUST BRING DOCUMENTARY PROOF OF | |
| 3rd ___ | 3rd AGE AT THE TIME OF THE CEREMONY | |
| Are they living or dead: 1st ___ 2nd ___ 3rd ___ | | |

**NOTE:** ". . . This license is issued solely upon the sworn statements of the applicants with no liability for the validity of the marriage assumed by the City of New York or the City Clerk".

Above named applicant declared that no legal impediment exists as to his right to enter into the marriage state.

Above named applicant declared that no legal impediment exists as to her right to enter into the marriage state.

#50

## TO OFFICIANT PERFORMING MARRIAGE CEREMONY

▶ The written consent of Parents or Guardian is filed in the City Clerk's Office. (Section 15 Domestic Relations Law.)

▶ This official City Document containing the license and evidence of your solemnization of marriage must be returned in the provided special envelope within FIVE DAYS after ceremony. Any willful neglect is a misdemeanor and punishable by fine. (Section 14 Domestic Relations Law.) Accurate records of marriage are essential in our society.

▶ The exact hour and date of performance must be endorsed by persons performing ceremony. Any court Order dispensing with the statutory 24 hour wait or the required 10 day wait after serological examination must be attached to this license.

### TO BE COMPLETED BY BOTH PARENTS OF PERSONS UNDER 18 YEARS OF AGE WHEN MARRIAGE IS TO BE SOLEMNIZED BY A CITY CLERK OR BY A VILLAGE OR TOWN JUSTICE

(I) (We) the parent(s) of _____ request _____
to solemnize the marriage of (my) (our) son.                                   (Person Performing Ceremony)

X _____ (L.S.)  X _____ (L.S.)
(Signature of Father of Groom)                    (Signature of Mother of Groom)

(I) (We) the parent(s) of _____ request _____
to solemnize the marriage of (my) (our) daughter.                          (Person Performing Ceremony)

X _____ (L.S.)  X _____ (L.S.)
(Signature of Father of Bride)                    (Signature of Mother of Bride)

I certify that the parent(s) of the minor (bride) (groom)          X _____ (L.S.)
was (were) present at the solemnization.                              (Signature of person performing ceremony)

### CERTIFICATE OF OFFICIANT PERFORMING CEREMONY

PRINT OR TYPE — ALL INFORMATION CLEARLY IN EITHER BLUE OR BLACK INK. COMPLETE ALL ELEMENTS BELOW.

FULL NAME OF OFFICIANT: ANIELLO M. DeMAIO

ADDRESS: THIRD PLACE BROOKLYN, N. Y. 11231

TITLE OF OFFICIANT: **DEPUTY CITY CLERK**

TOWN OR CITY: **CITY CLERK ROOM #205 MUNICIPAL BUILDING BROOKLYN, N. Y.**

IN THE COUNTY OF _____ AND STATE OF NEW YORK, DO HEREBY CERTIFY THAT I DID ON THE

DATE CEREMONY WAS PERFORMED: / DAY / MONTH / YEAR 79 TIME NOV 2 P 2: 48

PLACE OF PERFORMANCE (ADDRESS): NEW YORK, SOLEMNIZE THE RITES OF MATRIMONY BETWEEN

FULL NAME OF GROOM: GODWIN UZAmOlu

COUNTY of BROOKLYN IN THE COUNTY OF KINGS AND STATE OF NEW YORK NY AND

FULL NAME OF BRIDE: CHERYL DENISE DUNCAN of BROOKLYN IN THE COUNTY OF KINGS

AND STATE OF NEW YORK IN THE PRESENCE OF THE FOLLOWING WITNESS(S)

WITNESS NAME - PRINT: CHERYL Duncan - Sn  ADDRESS: 330 Dumont Ave 11212

WITNESS NAME - PRINT: X MICHAEL BOKHA  ADDRESS: 116 CAMBRIDGE PL BLYN 11238

AS WITNESS AND THE LICENSE THEREFORE IS ON THE REVERSE SIDE OF THIS DOCUMENT.

WITNESS MY HAND AT _____ IN THE COUNTY OF _____ Brooklyn

THIS 21 DAY OF Nov 19 79

X X Cheryl Duncan - Sn (L.S.)   X Aniello M DeMaio (L.S.)
(Signature of Witness)                    (Signature of Person Performing Ceremony)

X _____ (L.S.)
(Signature of Witness)

OFFICIANT NOTE - MAKE SURE YOU HAVE COMPLETED ALL ELEMENTS ABOVE. PLEASE RETURN TO CITY CLERK BOROUGH OFFICE WITHIN 5 DAYS.

FOR OFFICE USE ONLY

"A" - CERTIFICATE WAS MAILED - DATE 12/27/1979 TYPIST NAME VD

#EG3

595012

CERTIFIED



Exhibit 63 #54

# 1800 US SEARCH.com
### The Worldwide Leader in Public Record Information

CHERYL UZAMERE
1209 LORING AVE #6B
BROOKLYN, NY 11208

Wednesday, August 18, 199?
*Search ID:* **1036081**

**Seeking:** *GODWIN UZAMERE*

Dear CHERYL:

Thank you for placing your order with 1800USSEARCH.com. Unfortunately, after extensively searching our nationwide database, we were unable to obtain any information leading to the whereabouts of GODWIN UZAMERE. Taking into account the many name variations under which a person many be listed, we may have attempted to search based on the first initial and last name or by last name only. This may help in finding other family members who may be able to help you in your search.

**1800USSEARCH.com** is committed to you in your search. If you do not locate the person you are looking for through your initial search, we encourage you to contact us for further assistance and recommendations.

People Locate searches may be updated every three months, at your request ( for up to one full year), for your convenience. If you are not successful in your initial search, please wait three months from the date of your original search and then contact our Customer Service Department at (310) 734-0655, or via email at cservice@1800ussearch.com so that we may update your search for you. If you locate additional information that may help you in the search, please contact our Customer Service Department and we can upgrade your search for you (an upgrade fee may apply). Helpful information can include Social Security Number, Date of Birth, Age Range, Previous Address, Name Alias, and/or Military status.

1800USSEARCH.com has reunited more people than any other company. This is attributed to our vast resources, high success rate, and our skilled counselors who offer the best customer service in order to guide you toward the best search strategy. We wish you the best of luck and thank you again for using 1800USSEARCH.com.

Sincerely,

Jevin Hernandez
Vice President, Sales and Analysis

Customer Service is available 24 hours a day, 7 days a week at
310-734-0655, or via e-mail at: cservice@1800ussearch.com Please
visit our web site at: **www.1800ussearch.com**

# EXHIBIT E

# MARRIAGE LICENSE & US SEARCH RESULT

F

# Gladstein & Messinger

## Attorneys At Law
118-21 Queens Boulevard
Suite 615
Forest Hills, New York 11375

**Jack Gladstein**
**Scott Messinger**

Of Counsel
**Barbara S. Reede**
**Robin S. Messinger***

(718)793-7800
Fax (718)793-0524
E-Mail: Gladmessattys @ aol.com

* Admitted in NY and NJ

October 1, 2003

Cheryl D. Uzamere
1209 Loring Avenue
Apt 6B
Brooklyn, N.Y. 11208
By Certified Return Receipt Mail and First Class Mail

Re: Uzamere v. Uzamere

Dear Ms. Uzamere:

Please be advised that this office represents your husband, Godwin Uzamere as your matrimonial problems. .

Kindly have your representative contact my office so we may be able to work out an amicable solution to terminate your marriage

Sincerely,

Jack Gladstein

JG:mk

# EXHIBIT G

# PROOF THAT DEFENDANT HAS 2<sup>ND</sup> WIFE

G2     #78



How do I fill this out? H4

LOCAL INDEX NUMBER

STATE FILE NUMBER

# New York State
## Department of Health
## CERTIFICATE OF DISSOLUTION OF MARRIAGE

TYPE, OR PRINT IN PERMANENT BLACK INK

**HUSBAND**

| 1. HUSBAND – NAME: FIRST   MIDDLE   LAST | 1A. SOCIAL SECURITY NUMBER |
|---|---|

| 2. DATE OF BIRTH Month Day Year | 3. STATE OF BIRTH (COUNTRY IF NOT USA) | 4A. RESIDENCE: STATE | 4B. COUNTY | 4C. LOCALITY (CHECK ONE AND SPECIFY) □ CITY OF □ TOWN OF □ VILLAGE OF |
|---|---|---|---|---|

4

| 4D. STREET AND NUMBER OF RESIDENCE (INCLUDE ZIP CODE) | 4E. IF CITY OR VILLAGE, IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS? YES □ NO □ IF NO, SPECIFY TOWN: |
|---|---|

| 5A. ATTORNEY - NAME   Your honor, how do I fill this out?  My husband won't identify himself | 5B. ADDRESS (INCLUDE ZIP CODE)   and the federal, state and city government won't help me. |
|---|---|

**WIFE**

| 6A. WIFE - NAME   FIRST   MIDDLE   LAST | 6B. MAIDEN | 6C. SOCIAL SECURITY NUMBER |
|---|---|---|

9

| 7. DATE OF BIRTH Month Day Year | 8. STATE OF BIRTH (COUNTRY IF NOT USA) | 9A. RESIDENCE: STATE | 9B. COUNTY | 9C. LOCALITY (CHECK ONE AND SPECIFY) □ CITY OF □ TOWN OF □ VILLAGE OF |
|---|---|---|---|---|

| 9D. STREET AND NUMBER OF RESIDENCE (INCLUDE ZIP CODE) | 9E. IF CITY OR VILLAGE, IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS? YES □ NO □ IF NO, SPECIFY TOWN: |
|---|---|

| 10A. ATTORNEY - NAME | 10B. ADDRESS (INCLUDE ZIP CODE) |
|---|---|

11

| 11A. PLACE OF THIS MARRIAGE - CITY, TOWN OR VILLAGE | 11B. COUNTY | 11C. STATE (COUNTRY IF NOT USA) |
|---|---|---|

| 12A. DATE OF THIS MARRIAGE Month Day Year | 12B. APPROXIMATE DATE COUPLE SEPARATED Month Year | 13A. NUMBER OF CHILDREN EVER BORN ALIVE OF THIS MARRIAGE (SPECIFY) | 13B. NUMBER OF CHILDREN UNDER 18 IN THIS FAMILY (SPECIFY) |
|---|---|---|---|

**DECREE**

15

| 14A. I CERTIFY THAT A DECREE OF DISSOLUTION OF THE ABOVE MARRIAGE WAS RENDERED ON  Month Day Year | 14B. DATE OF ENTRY: Month Day Year | 14C. TYPE OF DECREE - DIVORCE, ANNULMENT, OTHER DISSOLUTION (SPECIFY) |
|---|---|---|

| 14D. COUNTY OF DECREE | 14E. TITLE OF COURT |
|---|---|

23

| 14F. SIGNATURE OF COUNTY CLERK > |
|---|

## CONFIDENTIAL INFORMATION

**HUSBAND**

24

| 15. RACE: WHITE, BLACK, AMERICAN INDIAN, OTHER (SPECIFY) | 16. NUMBER OF THIS MARRIAGE - FIRST, SECOND, ETC. (SPECIFY) | 17. IF PREVIOUSLY MARRIED HOW MANY ENDED BY A. DEATH   NUMBER ___ NONE □   B. DIVORCE OR ANNULMENT   NUMBER ___ NONE □ | 18. EDUCATION: INDICATE HIGHEST GRADE COMPLETED ONLY  ELEMENTARY 0 1 2 3 4 5 6 7 8  HIGH SCHOOL 1 2 3 4  COLLEGE 1 2 3 4 5+ |
|---|---|---|---|

**WIFE**

25

| 19. RACE: WHITE, BLACK, AMERICAN INDIAN, OTHER (SPECIFY) | 20. NUMBER OF THIS MARRIAGE - FIRST, SECOND, ETC. (SPECIFY) | 21. IF PREVIOUSLY MARRIED HOW MANY ENDED BY A. DEATH   NUMBER ___ NONE □   B. DIVORCE OR ANNULMENT   NUMBER ___ NONE □ | 22. EDUCATION: INDICATE HIGHEST GRADE COMPLETED ONLY  ELEMENTARY 0 1 2 3 4 5 6 7 8  HIGH SCHOOL 1 2 3 4  COLLEGE 1 2 3 4 5+ |
|---|---|---|---|

QR

| 23. PLAINTIFF - HUSBAND, WIFE, OTHER (SPECIFY) | 24. DECREE GRANTED TO HUSBAND, WIFE, OTHER (SPECIFY) | 25. LEGAL GROUNDS FOR DECREE (SPECIFY) |
|---|---|---|

QS

| 26. SIGNATURE OF PERSON PREPARING CERTIFICATE >                                          ATTORNEY AT LAW |
|---|

NOTE: Social Security Numbers of the husband and wife are mandatory. They are required by New York State Public Health Law Section 4139 and 42 U.S.C. 666(a). They may be used for child support enforcement purposes.

DOH-2168 (5/2000)



*State of New York*
*Grievance Committee*
*for the*
*Second and Eleventh Judicial Districts*

Renaissance Plaza
335 Adams Street – Suite 2400
Brooklyn, New York 11201-3745
(718) 923-6300

MANUEL A. ROMERO
Chairman

DIANA MAXFIELD KEARSE
Chief Counsel

ROBERT J. SALTZMAN
Deputy Counsel

MARK F. DEWAN
DIANA J. SZOCHET
MELISSA D. BRODER
SUSAN KORENBERG
COLETTE M. LANDERS
SHARON GURSEN ADES
SUSAN B. MASTER
MYRON C. MARTYNETZ
KATHRYN DONNELLY GUR-ARIE
Assistant Counsel

October 4, 2007

**PERSONAL AND CONFIDENTIAL**
Ms. Cheryl D. Uzamere
1209 Loring Avenue,
Apt. #6B
Brooklyn, New York 11208

Re:     Jack Gladstein, Esq.
        Docket No. Q-1513-04

Dear Ms. Uzamere:

Receipt is acknowledged of your letter dated October 1, 2007.

As you know, the function of the Grievance Committee is to investigate and prosecute acts of professional misconduct by attorneys. In response to your original complaint, by letter dated September 3, 2004, you were advised that the issues you raised were more appropriate for resolution by a court of law. Upon review of your recent letter, we must advise that we are unable to offer you any assistance at this time relative to your communication with Mr. Gladstein.

Very truly yours,

Sharon Gursen Ades
Assistant Counsel

SGA/cc



**State of New York**
**Grievance Committee**
for the
**Second and Eleventh Judicial Districts**

Renaissance Plaza
335 Adams Street - Suite 2400
Brooklyn, New York 11201-3745
(718) 923-6300

LAWRENCE F. DiGiovanna
Chairman

DIANA MAXFIELD KEARSE
Chief Counsel

ROBERT J. SALTZMAN
Deputy Counsel

MARK F. DEWAN
DIANA J. SZOCHET
MELISSA D. BRODER
SUSAN KORENBERG
COLETTE M. LANDERS
SHARON F. GURSEN
MICHELE MARTINO
SUSAN B. MASTER
Assistant Counsel

September 3, 2004

**PERSONAL AND CONFIDENTIAL**
Ms. Cheryl D. Uzamere
1209 Loring Avenue, Apt. #6B
Brooklyn, New York 11208

Re:   Jack Gladstein, Esq.
<u>Docket No. Q-1513-04</u>

Dear Ms. Uzamere:

We have received your complaint form pertaining to the above-named attorney. Thank you for taking the time to communicate with us.

The Grievance Committee's function is to investigate and prosecute acts of professional misconduct committed by attorneys. The Committee has jurisdiction over attorneys whose offices are in Brooklyn, Queens or Staten Island.

When a complaint is received, we review it to determine if it involves behavior which could constitute professional misconduct by the attorney. An attorney may be found guilty of professional misconduct if it can be proven that an ethical rule or law was violated. If there is a sufficient basis to conduct an investigation, the Committee will do so. Otherwise, no action will be taken.

After reviewing your complaint form, it has been determined that the issues you raise are more appropriate for resolution by a court of law. Therefore, although we appreciate your efforts, we are unable to open this matter for investigation.

Very truly yours,

Diana Maxfield Kearse
Chief Counsel

DMK/kf

**EXHIBIT I**

**Search:** • The Web    Tripod          X Report Abuse    « Previous | Top 100 | Next »        Hosted **tripod**
          GO GET IT!                     share: del.icio.us | digg | reddit | furl |
                                       facebook

| Ads by Google | | | |
| --- | --- | --- | --- |
| **Brink's Home Security** Choose Brink's Home Security for Rapid Response and Peace of Mind. www.BrinksHomeSecurity.com | **Talk To A Lawyer Now** Fill Out Our Form - Free Lawyers for Children Respond Fast www.FindLawyersAttorneys.com | **Child Guards** Approved by NYC Board of Health Supplied and Installed www.WindowFixInc.com | **Non-Slip Solutions** Why put-up Lawyers/ADA Fines & Mats Comply w/ Law, Safety, tax credits www.SurfaceKing.net |



# THE CRIMINAL AND IMMORAL ACTS OF SENATOR EHIGIE EDOBOR (A.K.A. "GODWIN") UZAMERE

## Descent Into Hell

Home

Justice

Hell

Law Firm of Allen Kaye

Members of the Uzamere Family

Law Firm of Gladstein and Messinger

Consulate General's Office

Anglican Church In Nigeria

Proof of Marriage

Current Lawsuit -- Proof of Bigamy

My Case's Progress

My descent into the hell that began within weeks of meeting Ehigie started innocently enough. Although I met him in 1977, we did not commence our world-wind romance until I met him again in 1978. At that time, I had already had a son, David P. Walker, out of wedlock.

Ehigie was like a breath of fresh air. He acted like a gentleman. He became my answer to not having a husband. He used to accompany our family to the Kingdom Hall of Jehovah's Witnesses. On an occasion when my mother invited him over for dinner, my brothers and sisters asked him many questions. One of my family members asked him if there were lions and elephants in Nigeria. Ehigie quickly said yes. My family was surprised and happy to have made the acquaintance of a black person from Africa. Of course our questions sounded very stupid to Ehigie. I am sure that my family's stupidity regarding the modernization of places like Benin City and Lagos fueled Ehigie's ability to victimize me because we all appeared to be very stupid to him.

In any case, we became intimate very quickly. I became pregnant the same month we started dating. Although Ehigie never bought me an engagement ring or wedding ring, I was sure that I was in love with him.

When we first applied for the marriage license in Brooklyn, New York, Ehigie did something very strange. He applied for the license using the first name "Godwin." A few days later we were married on November 21, 1979. On that day Ehigie came back with me to my parents' home and told me that I could not go with him. The following week, he returned and asked me to accompany him to the law offices of Allen Kaye and Harvey Shapiro. While there, I signed papers that I now realize were sponsorship papers. Ehigie escorted me back to my parents' home again told me that I could not go with him, but said he would come back for me and left for Nigeria.

He never came back to get me.

On one occasion, Ehigie, along with his elder brother Nosayaba (John), asked me to accompany them to Ehigie's apartment. While there, both Ehigie and Nosayaba asked me to have an abortion. I told them both I could not do that. Needless to say, Ehigie's plan never induced his becoming a father, let alone a real husband; so aborting his child seemed logical to him under the circumstances



Some weeks after we were married my father became very angry with me. He asked me when Ehigie was coming back to get me. Without a reasonable explanation to give my father, all I could do was silently listen to his tirades about my husband only marrying me for a green card. Eventually, in a fit of anger, he demanded that I call Ehigie's attorneys to ask them if Ehigie had a green card before I married him. I contacted Harvey Shapiro of Allen Kaye's office. Upon asking Mr. Shapiro if my husband had a green card at the time I married him, Mr. Shapiro said "no."

In the month of October, 1978, I became pregnant. I was also disfellowshiped by the elders of the Brownsville Congregation of Jehovah's Witnesses for conduct unbecoming a Christian. A few months after that, in March, my father evicted me, saying that I was no longer a Duncan and that he would have nothing to do with taking care of my husband's child. The following month, in April, 1979, I was fired from my job. In May 1979, I went to Family Court to apply for child support. I was never able to get any child support from Ehigie. Ehigie reported to Family Court that he was a college student and not working.

<u>Not long after I became mentally ill.</u>

Some years later, while a recipient of public assistance (welfare), I was able to obtain the social security number 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 from the City's Child Support Enforcement Bureau. Based on information obtained from the Social Security Administration, this number is fictitious.

How Senator Uzamere was able to pay for college and evade the City's Child Support Enforcement Bureau is truly a feat of diabolical genius since I made a point to report as much information about him as I could. I told the City the college Ehigie was attending so that I might obtain some money to help take care of his daughter. I even told the City Nosayaba's address on the off chance that the City would be able to obtain Ehigie's whereabouts based on his close relationship with his elder brother. However, I was never successful.

During the entire course of our daughter's life, (except for two or three separate occasions between 2003 and 2006) Ehigie never paid any money towards the care of his daughter. In fact, Ehigie made a point to tell his family that Tara was not his child, although he has never filed a divorce action against me for adultery (as far as I know).

I saw Ehigie again around 1981-1982. He did not tell me where he lived, and because I was still stupid, I did not know what to do to win him back or to find out from him what his intentions were toward me and his daughter Tara, who was at that time in foster care.

I tried to make some contact with his brother Nosayaba, his wife, Ethel and the few Uzamere men that I know at the time. All of them were content to have no involvement with either me or Ehigie's daughter, Tara. And all were content to hide Ehigie's whereabouts from me and from Ehigie's daughter.

Around December, 1993, Ehigie called my home and spoke to our daughter, Tara. He promised to send Tara $500.00 to help her out. He refused to tell his daughter where he was calling from, or where he lived. When she finished speaking with her father, she asked me, "Mommy, why doesn't my father love

me?" and started crying. All I could do was take her in my arms and give her a hug. I didn't have any answers to give her.

From that sad point in the past until the present, trying to find Ehigie for the purpose of divorcing him has been hell. Trying to contact him on his cell phone number (347) 873-8480 has yielded no results. Sending e-mails to ehigieuzamere@yahoo.com has also yielded no results.

For Ehigie to show such disrespect towards me and our daughter, when he should be contrite and helpful in assisting me to end a messy divorce is indicative of a diabolical, amoral mind.

The hell that materialized soon after Ehigie made his entrance into my life may have been masterminded by Ehigie, but it has had its share of participants. As is the case of many "green card" romance scams, immigration lawyers, the scammer's family members, governmental agencies and yes, even members of the public that belong to the scammer's ethnic group participate in hiding essential information from the victims of said scams -- even if the victims are children of the scammers themselves.



Say you were referred by Cheryl Uzamere!

**Site Sponsors**

Gamesville   Rhapsody   WIRED

**EXHIBIT J**



Search:   The Web   Tripod        [  ] Free Online Dial   ✗ Report Abuse   ⊟ Build a Site   Hosted   [Tripod logo]
                                      GO GET IT!                                            ◄ Previous [ Top 100 ] Next ►

Ads by Google

What's Your Tribe?                The DNA Ancestry Project          Reckless Endangerment          Understand The Rabbinic
Jabu? Hutu? Bantu? Discover Your  Trace your ancestral roots with   Smart, residential individuals needed  Our Online Experts Provide Answers.
Genetic Heritage $159            DNA. Discover your whole origins.  Training & support included.    Speak to Them Live Right Now!
www.dnatribes.com                www.dnaancestryproject.com         JamesLabTesterClaire.com        www.JustAnswer.com/Answers

[black box]

# Jewish Myth of the Curse of Ham -- Oppression Starts With the Elimination of Africans' Reputations

Home
Mission -- To Restore
Our Names
Importance of a Good
Name
Jewish Myth of the
Curse of Ham
The Masks
Losses
Importance of Myth's
Disclosure
"Ultimate Weapon"
Jewish Community's
Failure To "Report"
Discovery NO Excuse
for Anti-Semitism
How You Can Help
Support African
Reparations
About ADE's President
Questions? Contact Us
Bible Verses That
Prohibit Slander
Numerless Dates,
Fraudless Years
Comments

Anti-black racism is seen, at least superficially as a societal scourge that has all but been eradicated from mainstream American and Western European societies. Sure, there are a few die-hard individuals, mostly displayed by the media as KKK or Neo-Nazi white Christian splinter groups that routinely preach the inferiority of dark skin to their members. The media, in its depiction of racists, always points to white Christians as the individuals who introduced the idea of white supremacy and the inferiority of dark-skinned Africans to mainstream white Christian society. Nothing could be farther from the truth.

The Babylonian Talmud, a book of European Jewish history and lore, explains is now centuries-old religiously-fomented rationalization of the inferiority of dark skin on page 108b, where it reads: "Our Rabbis taught: Three copulated in the ark, and they were all punished - the dog, the raven and Ham. The dog was doomed to be tied, the raven expectorates [his seed into his mate's mouth], and Ham was smitten in his skin." (This is footnoted and the footnote reads: "I.e., from him was descended Cush (the Negro), who is black-skinned."

Another European Jewish document, the Midrash Rabbah (Soncino) Vol. 1, p. 293 says: "AND HE SAID: CURSED BE CANAAN (Bresiah 9:25). (Commentary omitted)...R. Huna also said in R. Joseph's name: You [i.e. Noah is speaking to Ham] have prevented me from doing something in the dark [i.e. cohabiting with his wife], therefore your seed will be ugly and dark-skinned. R. Chiyya said: Ham and the dog copulated in the Ark, therefore Ham came forth black-skinned while the dog publicly exposed its copulation."

Mr. Lester, a Jewish man who posted comments on the internet regarding Judaism said the following regarding the book Artsol Ha Hayyim: "In 1992 a book was published by a leading member of the Satmar community entitled Artsot Ha-Hayyim. On p. 52 he explains, and quotes other rabbis, that the reason Abraham Lincoln was killed was because he freed the blacks. This is also the reason why Kennedy was killed, i.e. because he was good to the blacks. He continues by saying that this will be the fate of any who adopt a progressive attitude towards blacks, because they are meant to be enslaved. His source for this is Ham's curse." (Please see pages 52A and 52B of Artsot Ha-Hayyim, below.)

Artsot Ha Hayyim contains the names of many rabbis.

Louis Ginzberg authored the book Legends of the Jews. In Vol. 1, page 169 Mr. Ginzberg writes: "The descendants of Ham through Canaan therefore have red eyes, because Ham looked upon the nakedness of his father; they have misshapen lips, because Ham spoke with his lips to his brothers about the unseemly condition of his father; they have twisted curly hair, because Ham turned and twisted his head round to see the nakedness of his father; and they go about naked, because Ham did not cover the nakedness of his father. Thus he was required, for it is the way of G-d to mete out punishment measure for measure. ...The last will and testament of Canaan addressed to his children read as follows: "Speak not the truth; hold not yourselves aloof from theft; lead a dissolute life; hate your master with an exceeding great hate; and love one another."

The Torah Anthology, another European Jewish document, details the true origin of the slanderous belief of the inferiority of dark skin in Vol. 1, p. 392-3: "Ham received five punishments: 1. Because he looked at his naked father, his eyes became red, always appearing bloodshot. 2. Because he mocking told his brothers about his father's condition, his lips were made thick and gross, like those of a Negro. 3. Because he turned his head to see his father, the hair of his head and beard became kinky. 4. Because he did not cover his father, it was decreed that he always go naked. We thus see that slaves in Egypt go naked. They even did so in Egypt. This was not because of poverty, since it is impossible to imagine that none of them would have enough money to buy clothing. The reason is that they live in a hot, damp climate, and it is very uncomfortable to wear clothing. The reason for this is their geographical location, since the Hamatic tribes live in tropical climes. It was this curse that caused them to live there. They must therefore go naked and become blacked by the sun. The fifth curse will be discussed later."

At this website, Mr. Lester goes on to say: "The curse of Ham was something I learned of as a child and could not understand its origin from the words in Genesis. The curse of Ham was widely used by slave owners in the South to justify the enslavement of blacks. In my studies of slavery I was unable to find the basis. Only when I began studying Torah and various commentaries did I find the source. Somehow the rabbinic commentaries made their way into Christian culture and became an underpinning for anti-black racism."

Mr. Shapiro, a Jewish man who responded to Mr. Lester's post ends by saying: "How to defeat racism? Torah is obviously not the answer since so many Jews who spend their whole lives immersed in Torah are racists."

It does not make sense to believe that any Christian, white, black or green, would or could introduce to the world any religious concept based on the first book of the Bible. The first book of the Bible was written in Hebrew. Religious teachings based on this book would best come from individuals who speak Hebrew. White Christians, for the most part, do not speak Hebrew. European Jews, on the other hand, do.

According to the Encyclopedia Judaica, under the subtitle "Slavery", Spanish and Portuguese Jews acted as brokers during the African slave trade.

The European Jewish community (in particular its rabbis) had the religious knowledge and authority to disseminate both truth and falsehood in the name of God and the Torah. Using this position of authority to profit financially was the real reason for the promulgation of the defamatory religious myth. This defamatory religious myth resulted in the creation of



[Handwritten note in right margin:]
J 1

If George or Ethel want to present an argument based on the profanity I used in the letter I sent to them, refer to Artsot Ha Hayyim

The fate of those who violated the ban on cohabitation:

תָּנוּ רַבָּנַן — **The Rabbis taught in a Baraisa:** שְׁלֹשָׁה שִׁמְּשׁוּ — **THREE COHABITED** while IN THE ARK, וְכוּלָּם לָקוּ — AND ALL OF THEM WERE AFFECTED: כֶּלֶב וְעוֹרֵב וְחָם — THE DOG, THE RAVEN AND Noah's son CHAM. כֶּלֶב נִקְשַׁר — THE DOG WAS condemned to be TIED UP, עוֹרֵב רָק — THE RAVEN SPITS, וְחָם לָקָה בְּעוֹרוֹ — and CHAM WAS AFFECTED IN HIS SKIN.

Having discussed the raven, the Gemara contrasts it with the dove, which Noah sent out afterwards:

וַיְשַׁלַּח אֶת הַיּוֹנָה מֵאִתּוֹ לִרְאוֹת הֲקַלּוּ הַמָּיִם — Scripture states: He (Noah) went out the dove from him to see whether the waters had subsided. In contrast, when speaking of the raven, Scripture does not state that Noah sent it out from him.

אָמַר רַבִּי יִרְמְיָה — R' Yirmiyah said: מִכָּאן שֶׁדִּירָתָן שֶׁל עוֹפוֹת טְהוֹרִים עִם הַצַּדִּיקִים — From here we learn that the proper habitat of clean birds is with the righteous.

The behavior of the dove:

וַתָּבֹא אֵלָיו הַיּוֹנָה לְעֵת עֶרֶב וְהִנֵּה עֲלֵה זַיִת טָרָף בְּפִיהָ — Scripture states: The dove came back to him in the evening, and behold, a plucked (taraf) olive leaf was in its bill. The word taraf alludes to food.

אָמְרָה יוֹנָה לִפְנֵי הַקָּדוֹשׁ בָּרוּךְ הוּא — R' Elazar said: הָכָא — The verse alludes that the dove said before the Holy One,

Blessed is He: רִבּוֹנוֹ שֶׁל עוֹלָם — "Master of the Universe, יְהוּ מְזוֹנוֹתַי מְרוֹרִין כְּזַיִת וּמְסוּרִין בְּיָדְךָ — May my food be bitter as an olive but dependent upon You, וְאַל יְהוּ מְתוּקִין כִּדְבַשׁ — rather than sweet as honey and dependent upon flesh and blood," i.e. human beings.

The Gemara provides the basis for this exposition:

מַאי מַשְׁמַע דְּהַאי טָרָף לִישָׁנָא דִמְזוֹנֵי הוּא — What indication is there that the word taraf connotes food? דִּכְתִיב — For it is written: הַטְרִיפֵנִי לֶחֶם חוּקִּי — Feed me (hatrifeini) my portion of bread.

The Gemara discusses the extent to which Noah cared for the animals inside the Ark:

אֲמֵיהֶם — Scripture states that after the Flood, all living beings, by their families, came out of the Ark.

אָמַר רַבִּי יוֹחָנָן — R' Yochanan said: הֵם וְלֹא אֵינָהוּ — were by their families, not by themselves.

The Gemara continues:

אָמַר רַב חָנָא בַּר בִּיזְנָא — R' Chana bar Bizna said: אֱלִיעֶזֶר עֶבֶד אַבְרָהָם — Eliezer, the servant of Abraham, and Shem, Noah's son, Shem the Great: דִּכְתִיב — It is written: by their families, come out of the Ark.

## NOTES

Ark, again lists men and women separately. However, Iyun Yaakov explains (on the basis of Bereishis Rabbah 36:5) that, although permitted to procreate, Noah did not want to do so until God swore that there would never be another Flood (see also Etz Yosef and Chiddushi).

The raven cohabitated when forbidden for the inhabitants of the Ark it that it would have been inappropriate to procreate while the world was being destroyed. Similarly, the Sages have taught (Taanis 11a) that it is forbidden to engage in marital relations during a period of famine, and even one who has food must afflict himself in order to share in the suffering of his brethren (see Maharsha and Chasam Sofer).

37. Dogs are subjected to the indignity of remaining attached ("tied") for some time after coitus, and are thus unable to procreate modestly (Ben Yehoyada; see also Yad Ramah and Bereishis Rabbah 36:12; see also Sotah 2b). Alternatively, dogs are commonly chained or kept on a leash by their owners in order to prevent them from attacking others (Yad Ramah).

38. Rashi explains that the raven was condemned to spit seed from its mouth into the mouth of its mate.

39. For he begot Kush (Rashi). Kush was Cham's firstborn and was conceived in the Ark (Yad Ramah). Etz Yosef points out that the Gemara's statement maintains that Cham's son also was also affected. See also Bereishis Rabbah 36:11 with Matnos Kehunah, and see Ben Yehoyada.

Although only humans possess the instinct to obey or disobey commandments, the animals in the Ark heeded instinctively God's will that they refrain from procreation, for they sensed innately the inappropriateness of procreating while the world was being destroyed. That the dog and the raven did not share this innate sensitivity is indicative of their dissociation with the need of Creation. Indeed, although dogs are very faithful to their masters, they are widely shunned and feared by others. And ravens are exceedingly unconscientious, even to their own offspring (see Psalms 147:9 and Eruvin 22a) (Maharal, Chasam Sofer).

40. Genesis 8:8.

41. It merely states ibid. 8:7. וַיְשַׁלַּח אֶת הָעוֹרֵב — And he sent out the raven.

42. It is fitting for clean, i.e. kosher birds to take up habitat with righteous people, for these birds recognize virtuous attributes, as indicated elsewhere in the Talmud (Rashi; see Sotah 38b and Bava Metzia 86a). Therefore the dove as well as the other kosher birds dwelled in the upper deck of the Ark, together with Noah and his family. That deck was reserved chiefly for humans, but also contained the creatures that associate with righteous humans. Thus, when Noah sent out the dove, he sent it from him (Maharsha; see Bereishis Rabbah 31:14).

43. Ibid. v. 11.

44. For it can be read טָרָף, which means food or sustenance, as the

Gemara will demonstrate. Furthermore, טָרָף can be interpreted in its mouth. Thus, the phrase עֲלֵה זַיִת can be interpreted to mean, behold, an olive leaf was the food [it requested] with its mouth. The Gemara goes on to explain this (Rashi; see Ramban and Ritva to Genesis loc. cit.; and see Be'er Sheva).

45. All the dove's needs were provided for by Noah in the Ark. The Gemara states below, Yet, it resorted with an olive leaf in its mouth to demonstrate that it preferred a bitter olive leaf plucked from the tree than sweet food directly from the hand of God, to depend upon human beings, even one as magnanimous as Noah. This should be a lesson to humans, for whom it is infinitely more advantageous to be dependent upon others: Living simply and within one's means is preferable by far to indulging in luxuries and being sustained by others (Yad Ramah, Rambam ibid.; Maharsha; see Shabbos 118a and 32b).

The dove, among other creatures, possesses innately certain qualities (see Eruvin 100b). In this instance, although the dove obviously incapable of rationalizing its action, it chose instinctively to pluck a wild olive leaf for its meal, rather than accept its magnanimity (Maharal; see also Gur Aryeh to Genesis loc. cit.).

46. Proverbs 30:8.

47. The word טָרָף is a derivative of the root טרף.

48. Genesis 8:19.

49. The commentators offer various interpretations of this statement:

Rashi explains it as meaning that while inside the Ark each [family] of animal dwelled separately and was fed individually; the species did not eat from the same trough. This comment introduces the next segment of Gemara, which discusses the difficulty that Noah [was] preoccupied by providing the proper food for each species.

Yad Ramah explains this comment to mean that each kind of animals left the Ark complete, as no animal died in the Ark; individual animals did not leave the Ark complete. This weakened considerably by the twelve-month period which Noah spent in quarters. Thus, this comment is a continuation of the discussion, in which the dove's reluctance to be sustained by Noah was mentioned.

R' Yeshayah Pik, in his marginal gloss here, alludes to a different explanation: The Gemara states (Chullin 63b) that no kosher bird lives longer than twelve months. Perforce, then, none of the kosher species that were brought into the Ark did not survive to leave it; they died in the Ark, and the ravens that were born in the Ark will leave it after the Flood. Thus, each family of animals left [i.e.] the specific creatures that entered it did not necessarily leave it.

See Maharsha for yet another interpretation.



ened to him. Therefore Shem was both a *puatium*.¹

N BOTH THEIR SHOULDERS, ID WENT BACKWARDS, do we SAW NOT THEIR FATHER's naked, teaches that they hid their and walked backward,² giving him n to a father.³ Said the Holy One, : 'Thou didst cover thy father's will reward thee *When these men* (be-sarbeiehon),' etc. (Dan. III, Huna [differed as to the meaning lan said: It means in their prayer t means in their robes of state.⁵) He, said to Japheth : 'Thou didst ss: By thy life, I will reward thee, *n that day, that I will give unto n Israel'* (Ezek. XXXIX, 11).⁶ The said to Ham: 'Thou didst bring to disgrace: By thy life, I will : *king of Assyria lead away the exiles of Ethiopia, young and old, with buttocks uncovered to the* ).

:E FROM HIS WINE (IX, 24): ne.

S YOUNGEST SON HAD DONE s, his worthless son, as you read,

buckles. *Tallith* here means a fringed that the reward of Shem (the ancestor ringes (v. Num. xv, 38), while that of *illium*—a cloak betokening his dignity.

ul to turn their back on him. Abed-nego, thy descendants, are cast e them.

garded as a privilege—moreover, here he Messianic era. Gog is held to be a

292

---

*Because the brazen altar that was before the Lord was too little to receive the burnt-offering*, etc. (1 Kings viii, 64).¹

AND HE SAID: CURSED BE CANAAN (IX, 25): Ham sinned and Canaan is cursed! R. Judah and R. Nehemiah disagreed. R. Judah said: Since it is written, *And God blessed Noah and his sons* (Gen. IX. 1), while there cannot be a curse where a blessing has been given, consequently, HE SAID: CURSED BE CANAAN. R. Nehemiah explained: It was Canaan who saw it [in the first place] and informed them, therefore the curse is attached to him who did wrong.

R. Berekiah said: Noah grieved very much in the Ark that he had no young son to wait on him, and declared, 'When I go out I will beget a young son to do this for me.' But when Ham acted thus to him, he exclaimed, 'You have prevented me from begetting a young son to serve me,² therefore that man [your son] will be a servant to his brethren!' R. Huna said in R. Joseph's name: [Noah declared], 'You have prevented me from begetting a fourth son, therefore I curse your fourth son.' R. Huna also said in R. Joseph's name: You have prevented me from doing something in the dark [sc. cohabitation], therefore your seed will be ugly and dark-skinned. R. Hiyya said: Ham and the dog copulated in the Ark, there- fore Ham came forth black-skinned while the dog publicly exposes its copulation. R. Levi said: This may be compared to one who minted his own coinage³ in the very palace of the king, whereupon the king ordered: I decree that his effigy be defaced and his coinage cancelled. Similarly, Ham and the dog copulated in the Ark and were punished.⁵

8. AND HE SAID: BLESSED BE THE LORD, THE GOD OF SHEM . . . GOD ENLARGE JAPHETH (IX,

¹ *Katon* is used in both verses, in the second in the sense that it was too small and consequently unfit; v. Zeb. 59b. Ham was actually not the youngest son, as appears from the order, Shem, Ham, and Japheth.
² According to the Rabbis he castrated him.
³ Sc. Canaan: v. x, 6.    ⁴ Coins bearing his own effigy.
⁵ Copulating in the Ark is compared to minting one's coinage (producing offspring in one's own image) in the King's (i.e. God's) own house.

293

fruit it bears is sweet, be it dry or moist,
at rejoiceth the heart of man."

us go into partnership in this business of
ard."

ed!"

on slaughtered a lamb, and then, in succes-
g, and a monkey. The blood of each as it
ade to flow under the vine. Thus he con-
vhat the qualities of wine are: before man
: innocent as a lamb; if he drinks of it mod-
as strong as a lion; if he drinks more of it
, he resembles the pig; and if he drinks to
xication, then he behaves like a monkey,
d, sings, talks obscenely, and knows not

Noah no more than did the example of
l had also been due to wine, for the for-
been the grape, with which he had made

condition Noah betook himself to the tent
son Ham saw him there, and he told his
had noticed, and said: "The first man had
l one slew the other; this man Noah has
: desires to beget a fourth besides." Nor
sfied with these disrespectful words against
added to this sin of irreverence the still
t attempting to perform an operation upon
:d to prevent procreation.

roke from his wine and became sober, he
:e upon Ham in the person of his youngest

son Canaan. To Ham himself he could do no harm, for God
had conferred a blessing upon Noah and his three sons as
they departed from the ark. Therefore he put the curse
upon the last-born son of the son that had prevented him
from begetting a younger son than the three he had.
The descendants of Ham through Canaan therefore have red
eyes, because Ham looked upon the nakedness of his father;
they have misshapen lips, because Ham spoke with his lips
to his brothers about the unseemly condition of his father;
they have twisted curly hair, because Ham turned and
twisted his head round to see the nakedness of his father; and
they go about naked, because Ham did not cover the naked-
ness of his father. Thus he was requited, for it is the way
of God to mete out punishment measure for measure.

Canaan had to suffer vicariously for his father's sin. Yet
some of the punishment was inflicted upon him on his own
account, for it had been Canaan who had drawn the attention
of Ham to Noah's revolting condition. Ham, it appears,
was but the worthy father of such a son. The last will
and testament of Canaan addressed to his children read as
follows: "Speak not the truth; hold not yourselves aloof
from theft; lead a dissolute life; hate your master with an
exceeding great hate; and love one another."

As Ham was made to suffer requital for his irreverence,
so Shem and Japheth received a reward for the filial, defer-
ential way in which they took a garment and laid it upon
both their shoulders, and walking backward, with averted
faces, covered the nakedness of their father. Naked the
descendants of Ham, the Egyptians and Ethiopians, were
led away captive and into exile by the king of Assyria, while



ספר

# יצות החיים

ה"ה

## שם הגדולים

שראל אשר הגיעו אל חופי ארץ החדשה
והאחזו בה וישבו שם וירשוה. ומה גם גדולי
ז שבקרו בארץ, ותרו בה לארכה ולרחבה,
והשפיעו ונתעו מרודם על יושביה.

ויפרד לשני שמות

הראש               השם השני

| הגדולים | מערכת ספרים |
|---|---|
| ג חיים של גדולים אלו | ה"ה רשמת ספרים שנתחברו על ידם |

יכתא, המכלכל תולדות התישבות היהודים בארץ זו.
טדוי למכתבים שקבלתי מגדולי ישראל בענין זה.

כל אלה חובני לה יחרזו על ידי

### הק' דוב בער שווארץ

ברוקלין נוא יארק
שנת השנ"ב לפ"ק

**EXHIBIT K**



Cheryl,

After further review, it appears that your sites violate our Terms of Service and as such we will no longer host those sites.

In your most recent phone message to me, you asked that we send you a disk containing all of your content. We are happy to do so. I will send it to the address that you have listed below in your email to me.

*Please let me know if you have any further questions.*

Dan

Daniel J. Sullivan
Senior Vice President - General Counsel
Lycos, Inc.
100 Fifth Avenue
Waltham, MA 02451
Phone: 781-370-2848
Fax:     781-370-2655

---

<cuzamere@netzero.net>

02/28/2008 09:57 AM

Please respond to
<cuzamere@netzero.net>

To <dan.sullivan@lycos-inc.com>

cc

Subject My sites were removed by I was not given any reason why...

---

Dear Mr. Sullivan:

These are the sites that were removed:

1)  http://africandiasporal.tripod.com
2)  http://africandiasporal.tripod.com/thecriminalandimmoralactsofchiefehigiedoborakagodwinuzamere; and,
3)  http://africandiasporal.tripod.com/uzamerewordprocessing.

I know that I did not say anything defamatory because if I had, the victim would be suing me now. I know that I did not say anything untrue. Lastly, I know that I did not engage in a round of insults or other negative tirades about anyone.

I have been truthful at all the above sites. Since truth is an affirmative defense for the charge of defamation, and since no one has approached me to tell me that I have done anything to them, I do not understand why your firm is violating my 1st Amendment and New York State constitutional right to free speech.

Can we please resolve this situation so that I do not have to file an action against your company? Please?

**EXHIBIT L**

YouTube - Broadcast Yourself.



Hi, cuzamere!    (4)    Account : History   : Help : Log Out : Site:

Home        Videos        Channels        Community

[ Search ]                                        Upload

## Help bring bigamist Senator Ehigie Uzamere to justice

of 50
Added: 1 week ago
From: cuzamere
Views: 399

## All Comments (28 total)

Show: [ average (-5 or better) ] [☑] Help          Post a new comment

---

**robin2002** (5 days ago)                    Reply | Remove | Block User | Spam    **0**

Nigeria's corruption is legendary Just like your 'Suction Pad' Lips.
Do you really think the American government or Nigerian government has
nothing better to do but deal with some petty domestic squabble? You silly
woman get a life

---

**chiomze** (5 days ago)                       Reply | Remove | Block User | Spam    **-1**

Now we know why he left her.

---

**obamtl** (4 days ago)                         Reply | Remove | Block User | Spam    **-1**

Oh please woman... get a life! Who do you think you are? One, polygamy is a
part of the fabric of African society. It is one of those laws inherited "by
accident" from the British legal system that are not enforceable. If you want to
court, you would lose and sure you've gone to court and why am I surprised
you have lost in court? Second, as an African, I can tell you for a fact that if
your husband does not recognize you and the child you claim is his, there
must be a solid reason.

---

**obamtl** (4 days ago)                         Reply | Remove | Block User | Spam    **-1**

No disrespect but you sound like a "wife from hell" and I seriously doubt this
Senator Uzamere is the father of that child. Furthermore, this is a domestic
issue. When the governments of Nigeria and USA relate, they think of bigger
things like geopolitics, political influence in the gulf of guinea that holds
trillions of dollars of energy resources, trade, international peace keeping and
fight against terrorism.

---

**obamtl** (4 days ago)                         Reply | Remove | Block User | Spam    **-1**

No disrespect but you sound like a "wife from hell" and I seriously doubt this
Senator Uzamere is the father of that child. Furthermore, this is a domestic
issue. When the governments of Nigeria and USA relate, they think of bigger
things like geopolitics, political influence in the gulf of guinea that holds
trillions of dollars of energy resources, trade, international peace keeping and
fight against terrorism.

---

**obamtl** (4 days ago)                         Reply | Remove | Block User | Spam    **-1**

Your rants amount to something less than nothing in comparison to these big
picture issues. And frankly, as a taxpaying Nigerian, don't waste my money
by wasting the time of my officials to open silly letters, diatribes and rants
from you. Finally, lady, I think you need help. If a father is irresponsible and
has not done much for you and your child, move on. You live in a country
where there's social security, where your daughter can get college loans.

---

**obamtl** (4 days ago)                         Reply | Remove | Block User | Spam    **-1**

If this Uzamere guy has really offended you and your child the greatest
revenge you can inflict is by your child achieving greatness without him.
What's more... this youtube video is going to achieve nothing. Nigeria is not
like the US where "domestic" scandals can cause political problems for the
senator. A few hundred people would have a few laughs and that would be it.

---

**molariay** (4 days ago)                       Reply | Remove | Block User | Spam    **0**

Woman, is either u dey craze or craze dey worry u.

---

**oeutube** (4 days ago)                        Reply | Remove | Block User | Spam    **-1**

This Lady is crazy. Has a mental history. She is just a liar looking for
$10,000,000.00(LOL)

---

**cuzamere** (4 days ago)                       Reply | Remove | Block User | Spam

---



"You are from your father the Devil...because he is a liar, and the father of the lie." John 8:44. Webster's Dictionary says this about "devil": "L. diabolus--Gr. diabolos, from diaballein, to slander." The Greek and Latin nouns for "devil" come from the verb "diaballein" that means "to slander." A slanderer is a diabolical or devilish person. Every Nigerian that has posted a comment has responded to my well-researched video and websites with devilish insults but no proof of their statements.

**cuzamere** (4 days ago)                                   Reply | Remove | Block User | Spam

Although your comments sting, I am glad that you made them. You see, I will be able to show federal authorities how Nigerians form an ethnocentric mob to bully black Americans who seek to report crimes committed by Nigerians. I will take all your racist comments and present them to the federal authorities. So please continue making your stupid statements. It just provides me of more proof of my husband's wickedness -- and the wickedness of racist, lawbreaking, slanderous Nigerians like you.

**molarilev** (3 days ago)                     Reply | Remove | Block User | Spam   -1

Get a life and stop behaving like brainless person.

**Nwuese** (2 days ago)                          Reply | Remove | Block User | Spam   0

HI Mrs. Uzamere, I'm young Nigerian woman, and I have to say that I'm sorry about your situation. However, you have to look at your problem from a cultural point of view. Did you not know before marrying Senator Uzamere that Nigerians are polygamous? Polygamy is legal in Nigeria.

**Nwuese** (2 days ago)                          Reply | Remove | Block User | Spam   0

Why, even our own President had multiple wives, THAT is why none of the Nigerian authorities will help you because they think you are wasting their time when millions of Nigerian women are happy in polygamous marriages. It is also a POSSIBLE reason why, as you claim, the US government will not help you either.

**Nwuese** (2 days ago)                          Reply | Remove | Block User | Spam   0

I am SURE that the US government is aware that polygamy is legal, accepted, and promoted in Nigeria, and that is why they probably are unwilling to take up your matter, for fear of causing politico-cultural tension between Nigeria (which, I hope you know is a major supplier of the oil you are so dependent on)and itself.

**Nwuese** (2 days ago)                          Reply | Remove | Block User | Spam   0

Also, you should know that there is no such thing as CHILD SUPPORT in Nigeria. It does not exist, in any shape or form. I'm not commending what the senator has done, but you really cannot hold him to anything other than his own conscience.

**Nwuese** (2 days ago)                          Reply | Remove | Block User | Spam   0

I'm really sorry for the situation you are in, as this is shameful of the senator to behave this way, but perhaps you should have found out more about Nigerian culture and customs before marrying the senator.

**Nwuese** (2 days ago)                          Reply | Remove | Block User | Spam   0

Also, Nigerians do not form an ethnocentric mob to bully anybody. The reactions you are getting from other Nigerians seems unsympathetic because they cannot believe how you could marry a Nigerian man without seriously considering the possibility of many other wives and many other children.

**Nwuese** (2 days ago)                          Reply | Remove | Block User | Spam   0

Once again, your situation is a sorry one, but I believe little can be done to remedy it. It does not mean Nigerians are bad people. We just have different cultures, and you weren't aware enough of the impact that it might have on you before you committed yourself.

**Nwuese** (2 days ago)                          Reply | Remove | Block User | Spam   0

What you need to realise is that you are not "The Real Wife" but the FIRST wife. Many men, have FIRST, SECOND, THIRD, FOURTH, FIFTH, JUNIOR, and SENIOR wives.

**Nwuese** (2 days ago)                          Reply | Remove | Block User | Spam   0

Please read my comments from the bottom to the top. It was meant to be one response, but YouTube doesn't allow responses to be more than 500 characters apiece.

**cuzamere** (2 days ago)                                   Reply | Remove | Block User | Spam

Dear Ms. Nwuese:

His Excellency Alhaji Shehu Umaru Musa Yar'Adua has only 2 wives in his life, based on the biography I read about him.



He is a divorcé. His current wife's name is Turai.

I have the internet just as you do. That means that I can research anything, just like you can. Please do me (and yourself) the honor of researching information before attempting to push it off on me as fact.

---

**Nwuese** (1 day ago)                                     Reply | Remove | Block User | Spam    0

This is not a matter of internet research, it is FACT. A fact that you ought to have considered carefully all those years ago. Personally I think that you should sort this out privately with your husband. Nigerian men hate this kind of exposure, and I can promise you that what you have done (with the YouTube video) will infuriate him. You have disgraced him, and our men are proud. Talk to your husband, this is only making it worse.

---

**Nwuese** (1 day ago)                                     Reply | Remove | Block User | Spam    0

A LOT of us grow up in polygamous homes, and are used to it You cannot make yourself an exception, and that is why no one seems to be helping you in this case. What about the millions of Nigerian woman that live every day in polygamous marriages? What makes you different from them

---

**Nwuese** (1 day ago)                                     Reply | Remove | Block User | Spam    0

I was talking about His Excellency Olusegun Obasanjo, the former President. Also, why don't you carry out more research on OTHER prominent Nigerian men. You will find that polygamy is a VERY COMMON, and ACCEPTABLE THING in our culture. The fact that Yardy divorced his first wife before marrying the second is irrelevant. Nigeria recognises polygamy fully.

---

**chaps876** (20 hours ago)                                 Reply | Remove | Block User | Spam    0

My name is Egheosa Uzamere the niece of senator Eghigie Uzamere one question I have for you is did you know that people go to jail for defamation of character. In america claims 20 years later will not be acknowledged. You should take your time and energy and focus on being a good mother and grandmother. And if you were really victimized how did you become PREGNANT? Explain? Anyway it has been fun and I mean fun because my family and I has had a ball of laughs on your expense yet again.

---

**cuzamere** (19 hours ago)                                 Reply | Remove | Block User | Spam

Egheosa, are you really that stupid, you dumb bitch? Senator Uzamere married me only to get a green card. If you don't believe me, fuck you, you stupid bitch. When you, your family or any Niggerian monkey wants to face me, my address is at my website.

---

**chaps876** (19 hours ago)                                 Reply | Remove | Block User | Spam    0

YOU ARE THE CRAZY BITCH. Nobody cares about you jackass. I think you need to recieve professional help crazy.First of all how old are you grow up silly. Get the dollar signs out of your eyes cause your not getting any of his money lunatic.F

---

**oeutube** (18 hours ago)                                  Reply | Remove | Block User | Spam    0

Chaps876 you are right. This woman is only looking for money. It is sad You Tube allow this video to still be up. I hope one day he can sue her for defamation of character.

---

**cuzamere** (18 hours ago)                                 Reply | Remove | Block User | Spam

Oeutube, you still running your stupid fuckin' mouth? Why don't you call Eugene Osato Uzamere. His telephone number is (718) 409-3399. Are you like a stupid muthafucka or something? And I am looking for money for myself and his daughter, you stupid fuck!!! I'm his wife. What the fuck's wrong with you stupid muthafuckas???. I'M AM EHIGIE'S WIFE!!!

---

**chaps876** (18 hours ago)                                 Reply | Remove | Block User | Spam    0

You just proved to everybody that you have a mental problem please seek professional help immediately. Its imperative that you take care of your mental health before you lose control of whats real and what is fantasy.You are not his wife maybe on paper but not the way it counts.

---

**oeutube** (17 hours ago)                                  Reply | Remove | Block User | Spam    0

Wow you have a foul mouth. Reading all your replys shows that you are really mentally disturbed. You are not the the wife on paper. Please stop all this false accusations

---

**cuzamere** (17 hours ago)                                 Reply | Remove | Block User | Spam

Having a mental problem does not violate the law, you stupid son of a bitch. People are born with all types of disabilities. People with class and/or manners would not make fun of a person with a disability. Being disabled is not a character flaw. Being a fuckin' idiot is a character flaw. You, chapped



mouth 876, have a serious character flaw, much like the Niggerian losers on this post.

**cuzamere** (17 hours ago)                                      Reply | Remove | Block User | Spam

Also, Ms. Chapped mouth 876: Among uneducated idiots that know nothing about the law, a husband's declarations of love to some slut he may have screwed for 26 years may have some sentimental value, but the only thing that matters is the law – that is, what is on paper. Senator Uzamere received his permanent residence in the United States based on the marriage certificate, not based on being in love with me

**cuzamere** (18 hours ago)                                      Reply | Remove | Block User | Spam

I cannot expect to appeal to the commonsense of a group of barbaric savages who think that cutting up a woman's vagina is normal. Fuck y'all. Had I know that Senator Uzamere was a green card whore, I would never have introduced him to my family and my church. When my father realized that he only married me for a green card he was very angry. I am so ashamed I ever met him. What a fuckin' loser.

**chaps876** (18 hours ago)                          Reply | Remove | Block User | Spam    0

Wow a mind is a terrible thing to waste and yours is on another planet. Its obvious that you are mentally unstable so it makes no sense writing back and forth to you. You have a serious problem and the only one uneducated is you. Move on and get a grip on your sanity because the senator has longed moved on. I highly doubts he thinks about you. He lives with his first wife and you are not it.

## Comment on this video

[ Post Comment ]

|     Add to iGoogle     |  | [ Search ] |  |  **Face The Candidates** |
|---|---|---|---|---|

**Your Account**
Videos
Favorites
Playlists

Inbox
Subscriptions
more...

**Help & Info**
Help Center
Video Toolbox
Developer APIs

Safety Tips
Copyright Notices
Community Guidelines

**YouTube**
Company Info
TestTube
Terms of Use
Privacy Policy

Press
Contact
Blog
Jobs

© 2008 YouTube, LLC

YouTube - Broadcast Yourself.


Hi, **cuzamere**!    (4)  Account ¦ History   ¦ Help ¦ Log Out ¦ Site:

| Home | Videos | Channels | Community | |
|---|---|---|---|---|
| | | Search | | Upload |

## My Account ▼ / General Messages

Your Inbox is the central place to keep track of messages and videos from other people on YouTube. You can view and delete messages and invites sent to you, manage comments and video responses, and send messages to others.

**General Messages**
**Friend Invites**
**Received Videos**
**Video Comments**
**Video Responses**
**Sent**

**Compose Message**

**Message Setting**
☐ Only allow my
contacts to send me
messages
**Submit**

| | **From** | **Subject** | **Received** |
|---|---|---|---|
| ☐ | chaps876 | **Re: See below...** <br> I dont know where you got your education at but I doubt it was on planet earth. Maybe mars. I am an educated black nigerian woman with my masters degree in EDUCATION. You are not ev (more) <br> (Reply)  (Delete)  (Block User)  (Mark as Spam) | Jan 28, 2008, 07:04 PM |
| ☐ | oeutube | **Re: See below...** <br> Hooooooooo (Ho) <br> Youza Hoooooo (Ho) <br> Youza Hoooooo (Ho) <br> I said that youza hooooo (Ho) <br><br> You doin no activities <br> With no tendencies <br> Hoe are your friends, hoes are your en (more) <br> (Reply)  (Delete)  (Block User)  (Mark as Spam) | Jan 28, 2008, 06:52 PM |
| ☐ | oeutube | **Re: See below...** <br> Hey I checked. You are not the wife on paper. I checked immigration and also he did not use you to file for a green card. Please stop your lying. <br> Original Message <br> > IF YOU (more) <br> (Reply)  (Delete)  (Block User)  (Mark as Spam) | Jan 28, 2008, 06:02 PM |
| ☐ | molarjay | **Re: Re: Re: Re: Regarding your statement** <br> Why wid it hurt my pride? If you like you can use the word 'nigger' but it only show your stupidity. I wrote 'behaving' instead of 'behaving'; have heard of typographical error bef (more) <br> (Reply)  (Delete)  (Block User)  (Mark as Spam) | Jan 28, 2008, 09:51 AM |
| ☐ | molarjay | **Re: Re: Re: Re: Regarding your statment** <br> Rent of a crazy stupid woman. From thee way you talking it shows you didn't go to school and if you did, then you just pass through it. Have asked yourself, what your rant is all a (more) <br> (Reply)  (Delete)  (Block User)  (Mark as Spam) | Jan 26, 2008, 09:43 AM |
| ☐ | molarjay | **Re: Re: Re: Regarding your statement** <br> I agree with you, nobody(include me) wld say such a thing to a decent woman. Ask yourself are you a decent woman? Your up-roar is nothing but that of a brainless person. <br> Origi (more) <br> (Reply)  (Delete)  (Block User)  (Mark as Spam) | Jan 25, 2008, 08:00 PM |
| ☐ | molarjay | **Re: Regarding your statement** <br> Hahaha, Im not in freaking state or looking for ur freaking green whatever. I'm more than comfortable where I am. I'm not the one looking for free money. From what u wrote, it sho (more) <br> (Reply)  (Delete)  (Block User)  (Mark as Spam) | Jan 25, 2008, 07:53 PM |
| ☐ | molarjay | **Re: Regarding your statement** <br> With your character, it shows that you from gutter. I pity anyone that put his cork into you. <br> Original Message <br> > Being crazy, or mentally ill is not a character flaw to civ (more) <br> (Reply)  (Delete)  (Block User)  (Mark as Spam) | Jan 25, 2008, 01:34 PM |
| | | **Re: Regarding your statement** <br> Ur brain is not decent enough to give to my dog. Egbe oshi, Ewu | |

**YouTube - Broadcast Yourself.**

L6

Hi, cuzamere!  **(4)**  Account ¦ History  ¦ Help ¦ Log Out ¦ Site:

**Home**      **Videos**      **Channels**      **Community**

[ Search ]                                                    **Upload**

## My Account ▾ / General Messages

Your Inbox is the central place to keep track of messages and videos from other people on YouTube. You can view and delete messages and invites sent to you, manage comments and video responses, and send messages to others.

| General Messages | From | Subject | Received |
|---|---|---|---|
| **Friend Invites** | | | |
| **Received Videos** | ☐ chaps876 | **Re: See below...** I dont know where you got your education at but i doubt it was on planet earth. Maybe mars. I am an educated black nigerian women with my masters degree in EDUCATION.You are not ev (more) (Reply) (Delete) (Block User) (Mark as Spam) | Jan 28, 2008, 07:04 PM |
| **Video Comments** | | | |
| **Video Responses** | | | |
| **Sent** | ☐ ceutube | **Re: See below...** Hooooooo (Ho) Youzza Hooooo (Ho) Youzza Hooooo (Ho) I said that youzza hoooo (Ho) | Jan 28, 2008, 06:52 PM |
| ☐ **Compose Message** | | You doin ho activities With ho tendencies Hos are your friends, hoes are your en (more) (Reply) (Delete) (Block User) (Mark as Spam) | |
| **Message Setting** | | | |
| ☐ Only allow my contacts to send me messages [Submit] | ☐ ceutube | **Re: See below...** Hey i checked. You are not the wife on paper. I checked immigration and also he did not use you to file for a green card. Please stop your lying. Original Message: > IF YOU (more) (Reply) (Delete) (Block User) (Mark as Spam) | Jan 28, 2008, 06:02 PM |
| | ☐ molariay | **Re: Re: Re: Regarding your statement** Why wld it hurt my pride? if you like you can use the word 'nigger' but it only show your stupidity. I wrote 'behaving' instead of 'behaving'; have heard of typographical error bef (more) (Reply) (Delete) (Block User) (Mark as Spam) | Jan 26, 2008, 09:51 AM |
| | ☐ molariay | **Re: Re: Re: Re: Regarding your statement** Rant of a crazy stupid woman. From thee way you talking it shows you didn't go to school and if you did, then you just pass through it. Have asked yourself, what your rant is all a (more) (Reply) (Delete) (Block User) (Mark as Spam) | Jan 26, 2008, 09:43 AM |
| | ☐ molariay | **Re: Re: Re: Regarding your statement** I agree with you, nobody(include me) wld say such a thing to a decent woman. Ask yourself are you a decent woman? Your up-roar is nothing but that of a brainless person. Origi (more) (Reply) (Delete) (Block User) (Mark as Spam) | Jan 25, 2008, 08:00 PM |
| | ☐ molariay | **Re: Regarding your statement** Hahaha, i'm not in freaking state or looking for ur freaking green whatever. I'm more than comfortable where i am. I'm not the one looking for free money. From what u wrote, it sho (more) (Reply) (Delete) (Block User) (Mark as Spam) | Jan 25, 2008, 07:53 PM |
| | ☐ molariay | **Re: Regarding your statement** With your character, it shows that you from gutter. I pity anyone that pull his cork into you. Original Message: > Being crazy, or mentally ill is not a character flaw to civ (more) (Reply) (Delete) (Block User) (Mark as Spam) | Jan 25, 2008, 01:34 PM |
| | ☐ molariay | **Re: Regarding your statement** Ur brain is not decent enough to give to my dog. Egbe oshi. Ewu. Original Message. > Being crazy, or mentally ill is not a character flaw to civilized, educated people. L (more) | Jan 25, 2008, 01:33 PM |

**YouTube - Broadcast Yourself.**



Hi, **cuzamere!**    (4)    **Account** ¦ **History** ¦ **Help** ¦ **Log Out** ¦ **Site:**

**Home**    **Videos**    **Channels**    **Community**

[ · · · · · · · · · · · · · · · · | :Search: | ]    **Upload**

## My Account ▼ / General Messages

Your inbox is the central place to keep track of messages and videos from other people on YouTube. You can view and delete messages and invites sent to you, manage comments and video responses, and send messages to others.

**General Messages**

**Friend Invites**

**Received Videos**

**Video Comments**

**Video Responses**

**Sent**

[ **Compose Message** ]

**Message Setting**

☐ Only allow my contacts to send me messages

[ :Submit: ]

| | From | Subject | Received |
|---|---|---|---|
| ☐ | chapo876 | **Re: See below...** <br> I dont know where you got your education at but i doubt it was on planet earth. Maybe mars. I am an educated black nigerian woman with my masters degree in EDUCATION. You are not ev (more) <br> (Reply) (Delete) (Block User) (Mark as Spam) | Jan 28, 2008, 07:04 PM |
| ☐ | ceutube | **Re: See below...** <br> Hoooooooo (Ho) <br> Youza Hooooo (Ho) <br> Youza Hooooo (Ho) <br> I said that youza hooooo (Ho) <br><br> You doin ho activities <br> With ho tendencies <br> Hos are your friends, hoes are your en (more) <br> (Reply) (Delete) (Block User) (Mark as Spam) | Jan 28, 2008, 06:52 PM |
| ☐ | ceutube | **Re: See below...** <br> Hey i checked. You are not the write on paper. I checked immigration and also he did not use you to file for a green card. Please stop your tying. <br> Original Message. <br><br> > F YOU (more) <br> (Reply) (Delete) (Block User) (Mark as Spam) | Jan 28, 2008, 06:02 PM |
| ☐ | molarjay | **Re: Re: Re: Regarding your statement** <br> Why wild it hurt my pride? If you like you can use the word 'nigger' but it only show your stupidity. I wrote 'behaving' instead of 'behaving'; have heard of typographical error bef (more) <br> (Reply) (Delete) (Block User) (Mark as Spam) | Jan 26, 2008, 09:51 AM |
| ☐ | molarjay | **Re: Re: Re: Re: Regarding your statement** <br> Rant of a crazy stupid woman. From thee way you talking it shows you didn't go to school and if you did, then you just pass through it. Have asked yourself, what your rant is all a (more) <br> (Reply) (Delete) (Block User) (Mark as Spam) | Jan 26, 2008, 09:43 AM |
| ☐ | molarjay | **Re: Re: Re: Regarding your statement** <br> I agree with you, nobody(include me) wld say such a thing to a decent woman. Ask yourself are you a decent woman? Your up-roar is nothing but that of a brainless person. <br><br> Origi (more) <br> (Reply) (Delete) (Block User) (Mark as Spam) | Jan 25, 2008, 08:00 PM |
| ☐ | molarjay | **Re: Regarding your statement** <br> Hahaha, I'm not in freaking state or looking for ur freaking green whatever. I'm more than comfortable where I am. I'm not the one looking for free money. From what u wrote, it sho (more) <br> (Reply) (Delete) (Block User) (Mark as Spam) | Jan 25, 2008, 07:53 PM |
| ☐ | molarjay | **Re: Regarding your statement** <br> With your character, it shows that you from gutter. I pity anyone that put his cork into you <br> Original Message <br><br> > Being crazy, or mentally ill is not a character flaw to civ (more) <br> (Reply) (Delete) (Block User) (Mark as Spam) | Jan 25, 2008, 01:34 PM |
| | | **Re: Regarding your statement** <br> Ur brain is not decent enough to give to my dog. Egbe oshi, Ewu | |



----- Our chat on Mon, 2/11/08 5:50 PM -----
Njide (5:26 PM): Hello sir. May I speak with you please?
**ikeekweremadu (5:27 PM):** May i know u please
Njide (5:27 PM): Yes, sir, you may.
Njide (5:27 PM): Please do not be fooled by the screen name.
Njide (5:28 PM): My name is completely different.
Njide (5:28 PM): If you review the following websites, you will know who I am.
Njide (5:28 PM): This is the first website:
Njide (5:28 PM):
http://africandiasporal.tripod.com/thecriminalandimmoralactsofehigieedoborakagodwinuzamere.
Njide (5:29 PM): This is the second website:
Njide (5:29 PM): http://getjusticeforanamericanschvartze.tripod.com
Njide (5:29 PM): My name is Cheryl D. Uzamere.
Njide (5:29 PM): I am the wife of Senator Ehigie Edobor Uzamere.
Njide (5:29 PM): You may think that his marriage to Iriagbonse is legal, but I assure you. It is not.
Njide (5:30 PM): As a matter of fact, I have already spoken with the Honorable Samuel Saba of the Code of Conduct Bureau.
Njide (5:30 PM): I also sent him an e-mail.
Njide (5:30 PM): Ehigie's family knows about me and our daughter.
Njide (5:31 PM): Yes, sir...I said our daughter Tara. She is now nearly 28 years old and a nursing student in college.
Njide (5:31 PM): If you wish, you may contact me at (718) 647-8370.
Njide (5:31 PM): Or, you can contact any of Senator Uzamere's brothers. They know me.
Njide (5:31 PM): George Uzamere (718) 346-7128.
Njide (5:31 PM): Wellington Uzamere (301) 464-7634.
Njide (5:32 PM): Eugene Uzamere (718) 409-3389. And by the way, Eugene Osato Uzamere is an attorney in New York and in Nigeria.
Njide (5:32 PM): May I have a comment from you, please sir?
Njide (5:32 PM): I guarantee you, I am not lying.
Njide (5:33 PM): I am resending you one of the website:
http://africandiasporal.tripod.com/thecriminalandimmoralactsofchiefehigieedoborakagodwinuza
mere/
**ikeekweremadu (5:33 PM):** What do you want me to do
Njide (5:33 PM): The first one I typed was incorrect.
Njide (5:34 PM): What would you do if the victim was you sister?
Njide (5:34 PM): What does the Constitution of Nigeria require you to do?
Njide (5:35 PM): If you like, I can send you a link so that you can see what Nigeria's Constitution requires: http://www.nigeria-law.org
**ikeekweremadu (5:35 PM):** THIS is purely a domestic matter
Njide (5:35 PM): No. Bigamy is a felony.
Njide (5:35 PM): A crime IS NOT a domestic matter.
Njide (5:36 PM): Perhaps you should contact Mr. Saba of the Code of Conduct Bureau. I guarantee you, I will save this conversation and tell him that I spoke with you.



ikeekweremadu (5:36 PM): I suggest you report to the police then

Njide (5:36 PM): And I suggest that you contact Mr. Saba.

Njide (5:36 PM): If you don't, then I will report you.

ikeekweremadu (5:37 PM): I cant stop laughing

Njide (5:37 PM): Remember, I can and I WILL print this conversation and give it to Mr. Saba.

Njide (5:38 PM): That's okay. Your country is very corrupt. I expect that you would do so.

ikeekweremadu (5:38 PM): You a such a funny person

Njide (5:38 PM): But there is one God...and I guarantee you, he will hear me.

Njide (5:38 PM): Yes. I'd rather be funny than corrupt.

Njide (5:38 PM): In any case, do your job and speak with Mr. Saba, please.

Njide (5:39 PM): Bigamy violate Nigerian law.

Njide (5:39 PM): It also violates New York State law.

Njide (5:39 PM): You might want to check you country's laws since it appears you don't know them.

ikeekweremadu (5:40 PM): Madam why dont you brief a lawyer and stop harrassing me

Njide (5:40 PM): You can always leave, but like I said, if you do not speak with Mr. Saba, I will report you.

ikeekweremadu (5:41 PM): I will tell sen uzamere to go and sort out things with you ok

Njide (5:42 PM): You might also try speaking with my husband...and Iriagbonse. Seems like he fooled her also.

Njide (5:43 PM): Code of Conduct BureauFederal Secretariat Complex5TH Floor, Annex III,Shehu Shagari WayPMB 155Abuja, FCTNigeria.**Telephone;**234-9-5231320, 5231608 **Web site:** www.codeofconductbureau.com **e-mail-** info@codeofconductbureau.com

Njide (5:43 PM): Contact information for Mr. Saba in case you don't have it.

ikeekweremadu (5:43 PM): I dont need it

ikeekweremadu (5:44 PM): Go and brief a lawyer

Njide (5:44 PM): The website for the Nigerian Marriage Act of 1990: http://www.nigeria-law.org/Marriage%20Act.htm

Njide (5:45 PM): Whoever, being unmarried, goes through the ceremony of marriage under this Act with a person whom he or she knows to be married to another person, shall be liable to imprisonment for five years.40. Whoever in any affidavit, declaration, certificate, licence, document, or statement by law to be made or issued for the purposes of a marriage, declares, enters, certifies or marriage, states any material matter which is false, shall, if he does so without having taken reasonable means to ascertain the truth or falsity of such matter, be liable to imprisonment for one year, or shall, if he does so knowing that such matter is false, be liable to imprisonment for five years.41. Whoever endeavours to prevent a marriage by pretence that his consent thereto is required by law, or that any person whose consent is so required does not consent, or that there is any legal impediment to the performing of such marriage, shall, if he does so knowing that such pretence is false or without having reason to believe that it is true, be liable to imprisonment for two years.42. Whoever performs or witnesses as a marriage officer the ceremony of marriage, knowing that he is not duly qualified so to do, or that any of the matters required by law for ceremony. the validity of such marriage has not happened or been performed, so that the marriage is void or unlawful on any ground, shall be liable to imprisonment for five years.43. Whoever, being under a duty to fill up the certificate of a marriage celebrated by him, or the counterfoil thereof, or to transmit the same to the registrar of marriages, wilfully fails to perform such duty, shall be liable to imprisonment for two years.44. Whoever personates any



----- Our chat on Mon, 2/11/08 5:50 PM -----

Njide (5:26 PM): Hello sir. May I speak with you please?

ikeekweremadu (5:27 PM): May i know u please

Njide (5:27 PM): Yes, sir, you may.

Njide (5:27 PM): Please do not be fooled by the screen name.

Njide (5:28 PM): My name is completely different.

Njide (5:28 PM): If you review the following websites, you will know who I am.

Njide (5:28 PM): This is the first website:

Njide (5:28 PM): http://africandiasporal.tripod.com/thecriminalandimmoralactsofehigieedoborakagodwinuzamere.

Njide (5:29 PM): This is the second website:

Njide (5:29 PM): http://getjusticeforanamericanschvartze.tripod.com

Njide (5:29 PM): My name is Cheryl D. Uzamere.

Njide (5:29 PM): I am the wife of Senator Ehigie Edobor Uzamere.

Njide (5:29 PM): You may think that his marriage to Iriagbonse is legal, but I assure you. It is not.

Njide (5:30 PM): As a matter of fact, I have already spoken with the Honorable Samuel Saba of the Code of Conduct Bureau.

Njide (5:30 PM): I also sent him an e-mail.

Njide (5:30 PM): Ehigie's family knows about me and our daughter.

Njide (5:31 PM): Yes, sir...I said our daughter Tara. She is now nearly 28 years old and a nursing student in college.

Njide (5:31 PM): If you wish, you may contact me at (718) 647-8370.

Njide (5:31 PM): Or, you can contact any of Senator Uzamere's brothers. They know me.

Njide (5:31 PM): George Uzamere (718) 346-7128.

Njide (5:31 PM): Wellington Uzamere (301) 464-7634.

Njide (5:32 PM): Eugene Uzamere (718) 409-3389. And by the way, Eugene Osato Uzamere is an attorney in New York and in Nigeria.

Njide (5:32 PM): May I have a comment from you, please sir?

Njide (5:32 PM): I guarantee you, I am not lying.

Njide (5:33 PM): I am resending you one of the website:

http://africandiasporal.tripod.com/thecriminalandimmoralactsofchiefehigieedoborakagodwinuzamere/

ikeekweremadu (5:33 PM): What do you want me to do

Njide (5:33 PM): The first one I typed was incorrect.

Njide (5:34 PM): What would you do if the victim was you sister?

Njide (5:34 PM): What does the Constitution of Nigeria require you to do?

Njide (5:35 PM): If you like, I can send you a link so that you can see what Nigeria's Constitution requires: http://www.nigeria-law.org

ikeekweremadu (5:35 PM): THIS is purely a domestic matter

Njide (5:35 PM): No. Bigamy is a felony.

Njide (5:35 PM): A crime IS NOT a domestic matter.

Njide (5:36 PM): Perhaps you should contact Mr. Saba of the Code of Conduct Bureau. I guarantee you, I will save this conversation and tell him that I spoke with you.



ikeekweremadu (5:36 PM):  I suggest you report to the police then

Njide (5:36 PM):  And I suggest that you contact Mr. Saba.

Njide (5:36 PM):  If you don't, then I will report you.

ikeekweremadu (5:37 PM):  I cant stop laughing

Njide (5:37 PM):  Remember, I can and I WILL print this conversation and give it to Mr. Saba.

Njide (5:38 PM):  That's okay. Your country is very corrupt. I expect that you would do so.

ikeekweremadu (5:38 PM):  You a such a funny person

Njide (5:38 PM):  But there is one God...and I guarantee you, he will hear me.

Njide (5:38 PM):  Yes. I'd rather be funny than corrupt.

Njide (5:38 PM):  In any case, do your job and speak with Mr. Saba, please.

Njide (5:39 PM):  Bigamy violate Nigerian law.

Njide (5:39 PM):  It also violates New York State law.

Njide (5:39 PM):  You might want to check you country's laws since it appears you don't know them.

ikeekweremadu (5:40 PM):  Madam why dont you brief a lawyer and stop harrassing me

Njide (5:40 PM):  You can always leave, but like I said, if you do not speak with Mr. Saba, I will report you.

ikeekweremadu (5:41 PM):  I will tell sen uzamere to go and sort out things with you ok

Njide (5:42 PM):  You might also try speaking with my husband...and Iriagbonse. Seems like he fooled her also.

Njide (5:43 PM):  Code of Conduct BureauFederal Secretariat Complex5TH Floor, Annex III,Shehu Shagari WayPMB 155Abuja, FCTNigeria.**Telephone;**234-9-5231320, 5231608 **Web site:** www.codeofconductbureau.com **e-mail-** *info@codeofconductbureau.com*

Njide (5:43 PM):  Contact information for Mr. Saba in case you don't have it.

ikeekweremadu (5:43 PM):  I dont need it

ikeekweremadu (5:44 PM):  Go and brief a lawyer

Njide (5:44 PM):  The website for the Nigerian Marriage Act of 1990: http://www.nigeria-law.org/Marriage%20Act.htm

Njide (5:45 PM):  Whoever, being unmarried, goes through the ceremony of marriage under this Act with a person whom he or she knows to be married to another person, shall be liable to imprisonment for five years.**40.** Whoever in any affidavit, declaration, certificate, licence, document, or statement by law to be made or issued for the purposes of a marriage, declares, enters, certifies or marriage, states any material matter which is false, shall, if he does so without having taken reasonable means to ascertain the truth or falsity of such matter, be liable to imprisonment for one year, or shall, if he does so knowing that such matter is false, be liable to imprisonment for five years.**41.** Whoever endeavours to prevent a marriage by pretence that his consent thereto is required by law, or that any person whose consent is so required does not consent, or that there is any legal impediment to the performing of such marriage, shall, if he does so knowing that such pretence is false or without having reason to believe that it is true, be liable to imprisonment for two years.**42.** Whoever performs or witnesses as a marriage officer the ceremony of marriage, knowing that he is not duly qualified so to do, or that any of the matters required by law for ceremony. the validity of such marriage has not happened or been performed, so that the marriage is void or unlawful on any ground, shall be liable to imprisonment for five years.**43.** Whoever, being under a duty to fill up the certificate of a marriage celebrated by him, or the counterfoil thereof, or to transmit the same to the registrar of marriages, wilfully fails to perform such duty, shall be liable to imprisonment for two years.**44.** Whoever personates any



other person in marriage, or marries under a false name or description, with intent to deceive the other party to the marriage, shall be liable to imprisonment for five years.**45.** Whoever goes through the ceremony of marriage, or any ceremony which he or she represents to be a ceremony of marriage, knowing that the marriage is void on any ground, and that the other person believes it to be valid, shall be liable to imprisonment for five years.**46.** Whoever contracts a marriage under the provisions of this Act, or any modification or re-enactment thereof, being at the time married in accordance with customary law to any person other than the person with whom such marriage is contracted, shall be liable to imprisonment for five years.**47.** Whoever, having contracted marriage under this Act, or any modification or re-enactment thereof, or under any enactment repealed by this Act, during the continuance of such marriage contracts a marriage in accordance with customary law, shall be liable to imprisonment for five years.

Njide (5:45 PM): Those are the laws regarding bigamy.

Njide (5:45 PM): I don't need to brief an attorney.

Njide (5:45 PM): I need to brief you.

Njide (5:46 PM): It seems that you don't know how to do your job so I am telling you what to do by showing you the law.

Njide (5:46 PM): If you did not mean for me to show you, you should not have asked.

ikeekweremadu (5:46 PM): Am sure any lawyer you brief will have the Act

Njide (5:48 PM): I will try to ensure that His Excellency Alhaji Shehu Umaru Musa Yar'Adua also receives a copy of our conversation. He is trying to make his government more transparent. Too bad you are not trying to do the same. But that is okay. Satan constantly tries to fight Jehovah, but Satan always loses. If you continue your satanic effort to hide Senator Uzamere's crimes against me and our daughter, you will lose also.

Njide (5:49 PM): Satan can never beat Jehovah. Truth will always win out over lies.

Njide (5:49 PM): So if you want to be a smart-aleck, be my guest. Like my husband, your day of reckoning is coming.

Njide (5:50 PM): One more thing: I have retained a Nigerian journalist who is based in New York. I am sure he will like to see our conversation. I have to go. I told you your job. Please do it or I will report you. Have a nice day.

43

Brooklyn, NY 11208
Tel.: (718) 647-8370
E-mail: cuzamere@netzero.net

/cdu

cc: Member of the U.S. Dept. of State
Members of U.S. Department Education
Members of Higher Education Services Corporation (Regarding Ehigie's Refusal to Pay student
loan(s))
Members of Nigerian Government (Executive Branch)
Members of Nigerian Senate
Members of Nigerian Legislature
Members of Nigerian Assembly
Members of Nigerian Consulate (New York Branch)
Members of Edo Nation group
Members of Uzamere clan
Senatorial Candidate Ehigie E. Uzamere

----- Original Message -----
From: "irene obanor" <ireneobanor@yahoo.com>
To: <cuzamere@netzero.net>
Sent: Monday, April 02, 2007 12:38 AM
Subject: Senatorial candidate Ehigie Uzamere.

> Hello Chery
> You live in a country where the rule of law applies,
> why have you not filed a paternity suit against Mr
> Uzamere,seeking redress for your child, and to
> ascertain that he is the father of your child and your
> legitimate husband since you claim he did not divorce
> you. Why wait till he is seeking public office to come
> forward with this information, it is like the case of
> *Anita Hill who waited till Clarence Thomas was*
> nominated to the supreme court before she came forward
> with her allegation of sexual harassment as a result
> no one believed her cos she lacked credibility. It
> seems to me this is more of a personal vendetta and a
> smear tactics rather than a genuine concern of the
> people of Edo State. Do not use our forum for your
> personal war. For your information, the opinion of
> Nigerians in diaspora do not have much impact on the
> outcome of elections in Nigeria.
> Irene Obanor

> Get your own web address.
> Have a HUGE year through Yahoo! Small Business.
> http://smallbusiness.yahoo.com/domains/?p=BESTDEAL

4/8/2007



# Cheryl D. Uzamere

**From:** &lt;AlexOsaUza@aol.com&gt;
**To:** &lt;cuzamere@netzero.net&gt;
**Sent:** Tuesday, April 03, 2007 6:08 PM
**Subject:** Re: Hi

I asked around about you....
I have never been a drug dealer and would never be, I have never been to jail and would never be...
The fact that you can twist my name around to give room at advancing your plot, tells me a lot about you..
Please try and get as much money as you can get from who ever.. because when we meet in court you will
also be on the other side of the law...
I have you on record.

See what's free at AOL.com.

Be well advised that your attempt to drag my name into your private affair will be met by necessary legal action.

Any frivolous legal action from you will also be vigorously defended and any incurred cost in the process recoverable.

You are warned.

—— Original Message ——
**From:** Cheryl D. Uzamere
**To:** mail-abuse@cc.yahoo-inc.com ; SAHARAREPORTS@aol.com ; Consularabuja@state.gov ; ircabuja@state.gov ; uslagos@state.gov ; bmsmith@hesc.org ; Terri.Shaw@ed.gov ; info@nigeria-consulate-ny.org
**Cc:** edonation-owner@yahoogroups.com ; Segun T. Dawodu ; irene obanor ; Nowa@prodigy.net ; princeman3@yahoo.com ; anetor55@yahoo.com ; osaigori1@gmail.com ; agudah50@yahoo.com ; blassys@yahoo.com ; ganosike@nigeria.gov.ng ; oseme78@yahoo.com ; Musa_Suleiman@heineken.nl ; senate@nassnig.org ; clerknass@nassnig.org ; clerksenate@nassnig.org ; clerkreps@nassnig.org ; theovera@yahoo.com ; chics777@yahoo.com ; info@uzalaw.com ; AlexOsaUza@aol.com ; moses igbinedion ; osaregie0808@yahoo.com ; ehigieuzamere@aol.com
**Sent:** Friday, April 06, 2007 11:35 AM
**Subject:** A Warning To Yahoo! and the Members of the Edo Nation Website Who Have Posted and/or Made Defamatory Statements Against Cheryl Uzamere, Wife of SENATORIAL CANDIDATE Ehigie Edobor Uzamere or Tara Uzamere, Ehigie's Daughter

April 6, 2007

To Whom It May Concern:

Please direct this e-mail to Yahoo!'s legal department. It would not be advantageous for Yahoo! to ignore this e-mail. Additionally, I would appreciate it if Yahoo!'s legal department would please examine the following website:

http://africandiasporal.tripod.com/thecriminalandimmoralactsofchiefehigieedoborakagodwinuzamere/.

Please inform all Edo Nation members that today I am going to file a small claims action against Doctor/Lawyer Segun T. Dawodu for, among other causes of action, defamation of character. Part of my action against Dr. Dawodu will include my asking the smalls claims court to subpoena Yahoo! to obtain the entire message board of the Edo Nation group (from the date I made my first comment concerning SENATORIAL CANDIDATE Ehigie Uzamere), and to also subpoena Yahoo! for the names and addresses of its members. Once I have obtained the names and addresses of its members, I will also subpoena all their ISPs to determine if any of them has sent out defamatory statements against me. I need this information for the divorce trial in the action Uzamere vs. Uzamere.

Had I not seen disparaging remarks of other Nigerian politicians made by members of the Edo Nation group, I would never have made comments against SENATORIAL CANDIDATE Ehigie Uzamere to the extent that I did. But some members of the Edo Nation group have made disparaging comments about Lucky Igbinedion, Governor of Edo State, Atiku and Obasanjo. I assumed, based on the existence of those e-mails that I would be able to do the same with SENATORIAL CANDIDATE Ehigie Edobor Uzamere. Please note: I have been a member of the Edo Nation website since 2002 or 2003. Until I discovered that Ehigie Uzamere was a SENATORIAL CANDIDATE, I did not make any statements against him that caused the Edo Nation's owner and moderator to force my departure. It was not until my recent discovery of Ehigie's candidacy for public office that I started posting disparaging (BUT TRUE) statements about SENATORIAL CANDIDATE Ehigie Uzamere.

# Cheryl D. Uzamere

| | |
|---|---|
| **From:** | "moses igbinedion" <omoavbo50@yahoo.com> |
| **To:** | <cuzamere@netzero.net> |
| **Sent:** | Monday, April 02, 2007 1:59 PM |
| **Subject:** | senator to be ehigie uzamere |

hey cheryl, i read ur article about ehigie uzamere,correction he is not yet a senator not until selected for ur information.I am one of his older cousin and i am aware of this matter.iwas in new york this time.But you dont have to go this route to get ur message across.I now live in FILORIDA and my emial is omoavbo50@yahoo.com

---

Finding fabulous fares is fun.
Let Yahoo! FareChase search your favorite travel sites **to find flight and hotel bargains.**



February 11, 2008

The Honorable Samuel Saba
Code of Conduct Bureau
Federal Secretariat Complex
5<sup>TH</sup> Floor, Annex III,
Shehu Shagari Way
PMB 155
Abuja, FCT, Nigeria.

Dear Mr. Saba:

First, please allow me to thank you for taking time out of your busy schedule to discuss my dilemma with you.

Before you read the remainder of this e-mail, please be so kind as to refer to the following websites for more information:

- http://africandiasporal.tripod.com/thecriminalandimmoralactsofchiefehigieedoboraka godwinuzamere; and

- http://getjusticeforanamericanschvartze.tripod.com.

Also, would you please be so kind as to provide me with a *certified/officially stamped* copy of the criminal investigation that was conducted against former governor Diepreye Solomon Peter Alamieyeseigha of Bayelsa State? During that investigation, my husband made a statement under oath concerning ownership of certain assets. If you wish, you may visit http://www.nigerianmuse.com/important_documents/?u=Alams_panel_report.htm to review the statement to which I refer:

> *"EHIGIE E. UZAMERE; He is an Architect and indigene of Benin City in Edo State. He claimed to have owned four companies namely; Amboy Nigeria Ltd, Speed Concepts Nig. Ltd, Biomedical Engineering Ltd and Tema Associates Ltd. On his relationship with Santolma Investment, Uzamere stated that it was as a result of a property he bought from Chief D S P Alamieyeseigha somewhere at Port Harcourt, Nigeria, for the sum of N430 million through the Governor's lawyer a certain Banister Yusuf. Uzamere further claimed that he was instructed by the said Barrister Yusuf to remit the proceeds of the sale to Santolina's account abroad."*

My name is Cheryl D. Uzamere. I am the wife of Senator Ehigie Edobor Uzamere. A little more than 28 years ago, Senator Uzamere tricked me into a romance scam designed for me to fall in love with him so that I could help him obtain permanent residence in the United States. When we finally married, Senator Uzamere used the fictitious name "Godwin Uzamere" to marry me. Along with the help of a corrupt attorney named Harvey Shapiro, Senator Uzamere

tricked me into signing sponsorship papers so that he could obtain permanent residence in the United States. Immediately after I signed the papers, Senator Uzamere abandoned me while I was pregnant with his first child and never returned.

In 1982, Senator Uzamere engaged in an illegal marriage with 2nd "wife" Iriagbonse Irowa. Unless she is as corrupt as Senator Uzamere, she does not know that he is still married to me. During the entire 28 years of our daughter's life, Senator Uzamere never made one attempt to pay child support. He never contacted me to tell me where he was, perhaps hoping that I would obtain an uncontested divorce based on abandonment. However, because filing an uncontested divorce against a spouse whose whereabouts are unknown requires placing an advertisement in the newspapers (via service of process by publication), I was never able to divorce him. Service via publication is a messy and expensive process. I did not have the money or the know-how to do so.

In 2003, my husband retained the legal services of yet another corrupt attorney by the name of Jack Gladstein. Around October 2003, Mr. Gladstein sent me a letter using the same fictitious name that Senator Uzamere used to marry me. I filed a complaint against Mr. Gladstein with the Grievance Committee (for attorneys), after which time, Mr. Gladstein decided not to represent Senator Uzamere anymore (refer to http://africandiasporal.tripod.com/thecriminalandimmoralactsofchiefehigieedoborakagodwinuzamere/id6.html, bottom of page).

In February 2007, I finally caught my lucky break. During food-shopping I ran into a Edoite who was hustling a gypsy cab on Sutphin Boulevard in Jamaica, Queens. This Edoite claimed that he personally knew my husband and that my husband was running for the senatorial seat in Edo State. That is the first and only time in our marriage that I was able to find an address for Senator Uzamere that was viable enough for me to effect service of process of my divorce papers.

Twenty-years later, I am going through hell getting out of this marriage. Because I am disabled, I received a small amount of money from the federal government. For this reason, I cannot afford an attorney so I have to defend myself in court without one. Our daughter Tara, a 3.5 g.p.a. nursing student, lives with me and is having her own troubles paying for nursing school and books. While I would never charge her rent, paying for food is hard because my income is limited. In spite of this neither Senator Uzamere nor anyone else in his family will help us. Their only interest is hiding his crimes against me and our daughter from the public -- and possibly from those members of the Nigerian government who are still honest.

Since I have attempted to go public, there are no Nigerian attorneys in the New York area who will help me. Several members of Nigeria's diplomatic community ignored my cries for help (refer to http://getjusticeforanamericanschvartze.tripod.com/criesforhelpignored.html, near bottom of page). Furthermore, several members of the Nigerian community at large verbally attacked me. At the YouTube website, the verbal attacks were so vicious that I had to remove them from my website and block the offenders (http://www.youtube.com/watch?v=VStRM7zlpeM, http://www.youtube.com/watch?v=o_7bV30-jrs and http://www.youtube.com/user/cuzamere). One of the insults even involved one of Senator Uzamere's nieces, who goes by the screen name chaps876. I believe that these individuals are attacking me at the behest of Senator Uzamere himself, or at the behest of members of Senator Uzamere's family who know about Senator Uzamere's duplicity. Among these family members are George Uzamere (718-346-7128),

Wellington Uzamere (301-464-7634), Ethel Uzamere (widow of Nosayaba, 718-345-1931) and Eugene Osato Uzamere (718-409-3389). Eugene is a registered attorney in both New York State and Nigeria.

I believe that Senator Uzamere has paid off so many people in the United States government that no one will ever listen to me.

What can I do? My daughter Tara and I are basically helpless. I have cried out to my government for justice, but no one will help me.

Can you help me?

Respectfully,

*Cheryl D. Uzamere*

Cheryl D. Uzamere
1209 Loring Avenue
Apt. 6B
Brooklyn, NY 11208
Tel.: (718) 647-8370
E-mail: cuzamere@netzero.net

/cdu

-------------------------------------------------------------

Eliminate annoying spam!

My mailbox is protected by iHateSpam, the #1-rated spam buster.
http://www.ihatespam.net

To All Governors:



 

$\mathrm{T}$itle 18 U.S.C. §4 states the following regarding misprision of felony: *"Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both."*

These are photos of Nigerian Senator Ehigie Edobor Uzamere. In the photo on the left, my daughter took this picture of her father at JFK Airport after he contacted her and made arrangements to meet her there. On her birth certificate and my marriage certificate, he is identified as "Godwin Uzamere." In the photo to the right, my husband, as "Ehigie Edobor Uzamere" is posing with Nigerian wife Iriagbonse Irowa of their 25-year illegal marriage (Bigamy is not legal in Nigeria). Mr. Uzamere married me in 1979. According to Mary Ellen Sariti of the United States Department of State, he married Iriagbonse 1982.

Around November 28, 1979, Mr. Uzamere used retained the services of Harvey Shapiro to dupe me into signing the green card sponsorship papers using my husband's fictitious name "Godwin Uzamere." Immediately afterward my husband left me pregnant and alone.

Around October 1, 2003, my husband retained a divorce attorney named Jack Gladstein to try to trick me into divorcing my husband using his fictitious named. I received two letters from Mr. Gladstein: the first using my husband's fictitious name; the second, an unsigned letter using my husband's last name but neither the fictitious nor the real first name (see attached).

In accordance with the aforementioned statute, I respectfully request that you deliver this correspondence to your state's drivers' license, marriage license and voters' registration records to check whether your state has records based on the following information:

| | | | |
|---|---|---|---|
| **Name:** | Godwin E. Uzamere | **Name:** | Ehigie Edobor Uzamere |
| **Date of birth:** | June 1, 1955 | **Date of birth:** | December 31, 1960 |
| **Birth Place:** | Bendel State, Nigeria | **Birth Place:** | Bendel State, Nigeria |
| **SSN:** | 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 | **SSN:** | 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 |

Please ensure that the gentleman pictured above has not married or obtained a driver's license under other aliases. Please do not insult me by relegating this situation to a trivial domestic issue. THIS CONCERNS IDENTITY FRAUD! IDENTITY FRAUD IS A FELONY!!!

Please take note that I am a *pro se* litigant regarding a $1,000,000,000 federal lawsuit concerning the above issue. Either "Godwin" Uzamere and Senator Ehigie Edobor Uzamere are one and the same individual, or the United States agencies that deal with immigration are so stupid or corrupt that they have allowed "Godwin" Uzamere, an undocumented alien who has violated various state and federal laws including non-support of a child to live within U.S. borders without proper identification. Of course, the latter is not possible since, like most wives/mothers, I recognize the man I married and with whom I share a child.

If I perceive that your state has refused to conduct a criminal investigation of this individual, I will have no alternative but to amend my lawsuit to include your state and the agencies I requested you to contact.

I also respectfully ask that since I am the "attorney" of record for my own lawsuit that you comply with my request. Although my lawsuit is civil, the purpose of my contacting your state's government is to determine if my husband committed additional crimes of identity fraud in other states.

In spite of the fact that New York State experienced the worse act of terrorism Americans have every seen, my husband's lawyer did not care to check his identity, even though my husband comes from a country that has a sizeable Islamic population and a "Taliban." I believe that U.S. laws that fight terrorism and enforce identity verification are only implemented if the potential victims are Jewish. If the potential victims are blacks, New York State does not care.

Can you please help me?

Respectfully,

Cheryl D. Uzamere

Cheryl D. Uzamere
1209 Loring Avenue
Apt. 6B
Brooklyn, NY 11208
Tel.: (718) 647-8370
Cell: (347) 596-2165
E-mail: cuzamere@netzero.net

/cdu