UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CHERYL D. UZAMERE,

                Plaintiff,                  **CIVIL**
                                                **JUDGMENT**
   -against-                      08-CV-891 (NGG)

CONDOLEEZA RICE, MICHAEL CHERTOFF,
JULIE MYERS, EHIGIE EDOBOR UZAMERE,
IRIAGBONSE IROWA-UZAMERE, GEORGE
UZAMERE, ETHEL UZAMERE, ALBERT
UZAMERE, JOANN EGHEOSA UZAMERE,
EUGENE UZAMERE, ESQ., CLARK BRUNO,
ESQ., ALLEN E. KAYE, ESQ., DANIEL
SULLIVAN, ESQ., HARVEY SHAPIRO, ESQ.,
JACK GLADSTEIN, ESQ., UNITED STATES
OF AMERICA, UNITED STATES DEPARTMENT
OF STATE, UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, UNITED STATES
DEPARTMENT OF CITIZENSHIP AND
IMMIGRATION SERVICES, A.K.A. UNITED
STATES IMMIGRATION AND NATURALIZATION
SERVICE, UNITED STATES DEPARTMENT OF
IMMIGRATION AND CUSTOMS ENFORCEMENT,
NEW YORK STATE, NEW YORK STATE
GRIEVANCE COMMITTEE FOR THE 2ND AND 11TH
DEPARTMENTS, CITY OF NEW YORK, NEW
YORK CITY POLICE DEPARTMENT, NEW YORK
CITY HUMAN RESOURCES ADMINISTRATION/
DEPARTMENT OF SOCIAL SERVICES, LYCOS
CORPORATION, GOOGLE CORPORATION, and
YOUTUBE CORPORATION,

                Defendants.
------------------------------------------------------------------x

    Pursuant to the Court's Memorandum and Order issued _April 8, 2008_, dismissing the 2nd Amended Complaint, it is

    **ORDERED, ADJUDGED AND DECREED** that the action is hereby dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal.

                                                      /signed/

Dated: Brooklyn, New York            NICHOLAS G. GARAUFIS
       April 8, 2008                    United States District Judge